Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112

(907) 258-8864
(907) 258-8865 (fax)
E-Mail:  barry@chklaw.net

Attorneys for Horace Mann Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HORACE MANN INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> COLLEEN HILDEBRANDT and GREGORY HILDEBRANDT, <br><br> Defendants. | Case No. A06-_____-CI (____) |

**COMPLAINT FOR DECLARATORY JUDGMENT**

COMES NOW plaintiff HORACE MANN INSURANCE COMPANY (hereinafter "Horace Mann"), through counsel Call, Hanson and Kell, P.C.,

and pursuant to 28 U.S.C. §§ 1332 and 2201, and for its Complaint for Declaratory Judgment against defendants Colleen Hildebrandt and Gregory Hildebrandt (hereinafter collectively referred to at times as "the Hildebrandts"), hereby complains and alleges as follows:

## PARTIES

1.  Horace Mann is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in the State of Illinois.

2.  Horace Mann is authorized to transact insurance business in the State of Alaska, has paid its biennial corporation taxes last due, filed its biennial report for the last reporting period, and satisfied all conditions precedent to bringing and maintaining this action.

3.  Defendant Colleen Hildebrandt is and at all relevant times was a resident of the State of Alaska.

4.  Defendant Gregory Hildebrandt is and at all relevant times was a resident of the State of Alaska.

## JURISDICTION

5.  The amount in controversy in this action exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand Dollars ($75,000).

6.  This court has jurisdiction over this dispute pursuant to 28 U.S.C. §§ 1332 and 2201.

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

## GENERAL ALLEGATIONS

7.      On December 18, 2001, Colleen Hildebrandt received injuries when the 2000 Lexus RX300 she was driving was involved in a collision with another vehicle.  Ms. Hildebrandt brought liability claims against the driver of the other vehicle, seeking damages as a result of her injuries.  Ms. Hildebrandt eventually settled her liability claims in exchange for payment by the at-fault driver's insurer of its liability policy limits, consisting of $50,000 plus applicable additional payments under the liability policy.  The total liability settlement Ms. Hildebrandt received was $59,830.00.

8.      At the time of the December 18, 2001 accident, the Hildebrandts were the named insureds under two Horace Mann automobile liability insurance policies.  The 2000 Lexus RX300 Colleen Hildebrandt was driving at the time of that accident was designated as an insured vehicle under one of the policies, policy number 54-56039680.  The second policy, policy number 54-56039690, covered a different vehicle.  Gregory Hildebrandt also was the named insured under a third automobile policy issued by Horace Mann, policy number 54-63014470.  Copies of the declarations for the three policies are attached as Exhibits 1, 2, and 3, respectively.

9.      The three auto policies issued by Horace Mann to the Hildebrandts are identical, all containing the policy forms CC-N00007, CC-

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

N01006, CC-N06017, CC-N01003, CC-V01AK3, and CC-V06015.  Exhibits 1, 2, and 3.  For ease of reference, a complete copy of only one of the policies, policy number 54-56039680, is attached as Exhibit 4.

10. Each of the Hildebrandts' three Horace Mann auto policies provided, among other coverages, bodily injury liability ("BI") coverage and uninsured/underinsured motorist ("UM/UIM") coverage, subject to the terms and conditions of the policies and to applicable law.  The BI face limit of liability under each policy is $250,000 per person and $500,000 per accident.  Exhibits 1, 2, and 3.  The UM/UIM face limit of liability under each policy is $100,000 per person and $300,000 per accident.  *Id.*

11. At the time they purchased each of the three Horace Mann auto policies in effect as of December 18, 2001, the Hildebrandts elected to purchase BI limits of $100,000 per person and $300,000 per accident, and also signed forms selecting UM/UIM coverage under the respective policies with coverage limits of $100,000 per person and $300,000 per accident.

12. The Hildebrandts subsequently requested that Horace Mann increase their BI limits under each of the three policies to $250,000 per person and $500,000 per accident.

13. After initially purchasing the three Horace Mann policies, the Hildebrandts never requested, in writing or otherwise, that Horace Mann

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

increase the policy limits under any of the policies to an amount greater than the limits they originally selected.

14. After settling her liability claims against the at-fault driver arising from the December 18, 2001 accident, Colleen Hildebrandt brought claims under her Horace Mann underinsured motorist ("UIM") coverage for additional damages to which she believed she was entitled. The parties were unable to agree as to the value of her UIM claims, and the claims eventually were submitted to arbitration. Following an arbitration hearing, the arbitration panel issued an order dated June 13, 2006, calculating Ms. Hildebrandt's total damages arising from the subject accident to be $349,594.51.

15. The June 13, 2006 order does not address potential issues as to recoverable interest, attorney's fees, costs, or arbiters' fees. Colleen Hildebrandt has submitted a motion to the arbitration panel seeking awards of prejudgment and post-judgment interest, attorney's fees, and costs, and an order that Horace Mann pay the arbiters' fees related to the arbitration proceeding.

16. The UM/UIM coverage under each of the Hildebrandts' Horace Mann policies contains the following provision relevant to cases in which an insured is covered under more than one Horace Mann policy:

> 5. If two or more policies issued by **us** to **you** apply to the same accident, the total limit of liability under all such policies

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Horace Mann v. Hildebrandt*
Case No. A06-____ Ci. (____)
Complaint for Declaratory Judgment
Page 5

shall not exceed that of the policy with the highest limit of liability.

Exhibit 4, page 18 (Form CC-N00007, page 12).

17.  The UM/UIM coverage under the three Horace Mann policies contains a provision stating that "attorney fees . . . are not arbitration expenses, but are to be paid by the party incurring them." Exhibit 4, page 20 (Form CC-N0007, page 14).

18.  The UM/UIM coverage under the three Horace Mann policies does not contain a provision regarding the payment of interest in addition to the face limit of liability.  The Alaska endorsement under each of the three policies contains the following interest provision applicable to the BI coverage:

> Number 2. is replaced by the following:
>
> 2.  [**We** will pay on behalf of an **insured** any costs listed below resulting from an insured accident: . . .] interest on all damages owed by an **insured** as the result of a judgment until **we** pay, offer or deposit in court the amount due under this coverage. Prejudgment interest is not in addition to the policy limits shown on the declarations page.

Exhibit 4, page 26 (Form CC-N01AK2, page 2).

19.  After receiving the arbitration panel's order of June 13, 2006, Horace Mann on June 23, 2006 delivered to the Hildebrandts' attorney a check for the benefit of Colleen Hildebrandt in the amount of $112,500.  On July 5, 2006, Horace Mann delivered to the Hildebrandts' attorney a second check in the amount of $100,000.  Horace Mann thus has paid a total of

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

$212,500 under the Hildebrandts' UIM coverages for damages the arbitration panel determined Colleen Hildebrandt incurred as a result of the December 18, 2001 accident.

20. The Hildebrandts' attorney has delivered a letter to the attorney who represented Horace Mann in the arbitration proceeding, dated June 23, 2006, in which she alleges, among other things, that Horace Mann's determination of the amount of UIM coverage available to address Colleen Hildebrandt's claim is incorrect. The Hildebrandts' lawyer contends that Horace Mann is liable for the entire amount of damages set forth in the arbitration panel's June 13, 2006 order, plus additional payments for prejudgment and post-judgment interest, attorney's fees, costs, and arbiters' fees.

21. The Hildebrandts demand in their attorney's June 23, 2006 letter that Horace Mann pay a "total settlement" of $450,000 to resolve all of their alleged claims against Horace Mann arising from the December 18, 2001 accident giving rise to Colleen Hildebrandt's UIM claim.

## CLAIM FOR RELIEF

22. Horace Mann realleges and incorporates by reference the allegations contained in paragraphs 1 through 21 set forth above.

23. Following the Hildebrandts' selection, at the time they purchased each of their three Horace Mann policies, of UM/UIM coverage

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

limits of $100,000 per person and $300,000 per accident, Horace Mann never had a duty to offer to them, or to advise them of the availability of, UM/UIM coverage with limits greater than those they selected.

24. The Hildebrandts never requested, either at the time they increased their BI limits or at any other time after making their initial selections of UM/UIM coverage limits of $100,000 per person and $300,000 per accident, that Horace Mann increase their UM/UIM coverage limits.

25. The Hildebrandts' decision to increase the BI limits on their three Horace Mann policies after they initially purchased the policies did not create a duty on the part of Horace Mann to increase their UM/UIM limits to match their increased BI limits, nor does Alaska law require that any of the policies be deemed to provide UM/UIM coverage limits in any amount other than the $100,000 per person/$300,000 per accident coverage limits the Hildebrandts selected at the time they purchased the policies.

26. The UM/UIM coverage face limit of liability under each of the Hildebrandts' Horace Mann auto policies as of December 18, 2001 was $100,000 per person and $300,000 per accident.

27. The policy provision applicable to cases in which an insured is covered under more than one Horace Mann policy, set forth in Paragraph 16 above, is valid and enforceable under Alaska law. In particular, AS

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

28.20.445(c) states: "If a person is entitled as a named insured to uninsured or underinsured motorist coverage under more than one motor vehicle policy issued by the same insurer, the maximum amount payable may be limited to the highest limit of any one coverage under the policies." Accordingly, because Colleen Hildebrandt is a named insured under two of the Horace Mann policies, policy number 54-56039680 and policy number 54-56039690, the total amount of UIM coverage under those two policies applicable to Colleen Hildebrandt's claims arising from the December 18, 2001 accident is $100,000 plus any applicable additional payments.

28.     Because Colleen Hildebrandt is covered under the third policy, policy number 54-63014470, as an insured other than a named insured, the full amount of UIM coverage under that policy, $100,000 plus required additional payments if any, is applicable to her claims arising from the December 18, 2001 accident.

29.     Horace Mann is not obligated to pay prejudgment interest or attorney's fees in addition to the face limit of liability under the UM/UIM coverage, and Colleen Hildebrandt is not entitled to recover any payment of prejudgment interest or attorney's fees in addition to the face limit of liability under the Horace Mann policies.

30.     Because the total face policy limits of the UIM coverage available to Colleen Hildebrandt with respect to her claims arising from the

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

December 18, 2001 accident is $200,000, Horace Mann's payments to her of $212,500 have fully exhausted the face UIM limits. However, Horace Mann remains liable for payment of any additional covered amounts it might be required to pay pursuant to a subsequent order of the arbitration panel as to payment of post-judgment interest, costs, and the arbiters' fees.

WHEREFORE, Horace Mann prays for the following relief:

A.   For a declaration that as of December 18, 2001, the UM/UIM face limits of liability under each of the three policies issued by Horace Mann to the Hildebrandts were $100,000 per person and $300,000 per accident;

B.   For a declaration that because Colleen Hildebrandt is a named insured under two of the Horace Mann policies issued to the Hildebrandts, policy number 54-56039680 and policy number 54-56039690, the total amount of UIM coverage under those two policies applicable to Colleen Hildebrandt's claims arising from the December 18, 2001 accident is $100,000 plus any required additional payments.

C.   For a declaration that the total amount of UIM coverage under the third Horace Mann policy issued to the Hildebrandts, policy number 54-63014470, applicable to Colleen Hildebrandt's claims arising from the December 18, 2001 accident is $100,000 plus any required additional payments.

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

    D. For a declaration that the payments Horace Mann has made to Colleen Hildebrandt fully exhaust its liability to her under the UIM coverage afforded under the Hildebrandts' three Horace Mann policies, with the exception of any additional covered amounts Horace Mann might be legally required to pay pursuant to a subsequent order of the arbitration panel as to payment of post-judgment interest, costs, and the arbiters' fees.

    E. For an award of its attorney's fees and costs incurred in maintaining this action;

    F. For such other and further relief as this Court deems just and equitable under the circumstances.

            CALL, HANSON & KELL, P.C.
            Attorneys for Plaintiff Horace Mann
            Insurance Company

Dated: July 5, 2006       s/Barry J. Kell
            250 H Street
            Anchorage, AK  99501
            Phone:  (907) 258-8864
            Fax: (907) 258-8865
            E-mail: barry@chklaw.net
            ABA No. 8611120

G:\00 CHK Law\Horace Mann\3201\023 Hildebrandt\Pleadings\Complaint DJA.doc

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Horace Mann v. Hildebrandt*
Case No. A06-____ Ci. (___)
Complaint for Declaratory Judgment
Page 11