2

~H-M-5456039680 X50AKDECLARATIONS CERTIFIED
20011218;151156
KY: A5456039680 CO: 08 DOC: X50 INFO:          RL: X011218G FR: 2306.1

Teachers Insurance Company        Amended Declarations

P.O. Box 4506                     Readable Car Policy No. 54-5G039680

Springfield, IL 62708-4506        12/18/2001                    DO
                                  HOME OFFICE COPY

Continuous Renewal Policy    Classification    9321        8-01999
Effective       Expires      Term (months)     06     Territory    11
09/25/2001 to  03/25/2002    Inexperience       0     Symbol       J0
   12:01 AM standard time    Acc/Viol points   02/00  Kind          J
         Year Make Model
Vehicle 2000 LEXS RX 300$37568    Ident No.    JT6HF10U0Y0131717
                                  Agent: 7790       BELISLE, KENNON J
                                                    5700 OLD SEWARD
HWY
         HILDEBRANDT, GREGORY R                     #205
         &/OR HILDEBRANDT, COLLEEN M                ANCHORAGE, AK
         PO BOX 770230                              99518
         EAGLE RIVER, AK  99577-0230                Phone:907-562-9922
                                                    Loss    CREDIT
UNION ONE.                                          Payee: PO BOX
101850
     Coverage is provided subject to the terms of the policy.   ANCHORAGE
AK 99510

Coverage                          Limit of Liability
Premium
A  Bodily Injury Liability        Each Person    $250,000
                                  Each Occurrence $500,000
B  Property Damage Liability      Each Occurrence $100,000
C  Medical Payments               Each Person    $5,000
D  Comprehensive                  Actual Cash Value/ $100 Deductible
F  Collision                      Actual Cash Value/ $500 Deductible
J  Uninsured Motor Vehicle -      Each Person    $100,000

Page 1

Exhibit __1__
Page __1__ of __3__ Pages

2

| | | |
|---|---|---|
| Bodily Injury | Each Accident | $300,000 |
| J1 Uninsured Motor Vehicle - | Each Accident | $25,000 |
| Property Damage | $250 Deductible | |
| R Rental Reimbursement | Each Day | $20 |
| | Aggregate | $400 |

To report a claim or for Customer Service call 1-800-999-1030 or check our Web site www.horacemann.com.

****************

LISTED DRIVER(S):   HILDEBRANDT, GREGORY R          (CLASSED DRIVER)
                    HILDEBRANDT, COLLEEN M

****************

Policy form and endorsements applicable:  CC-N00007 Readable Car Policy

CC-N01AK2 Readable Car Policy Amendatory Endorsement

CC-N01006 Bodily Injury Liability/Property Damage Liability Amendatory Endorsement

CC-N00017 Sponsorship Benefits Endorsement

CC-N01003 Transportation of Students Endorsement

CC-V01AK3 Bodily Injury Liability Coverage Amendatory Endorsement - Alaska

CC-V0G015 Loss Payable Clause

****************

This declarations reflects the current policy data and inforce coverages.

****************

Your premium is based on the following.  If not correct, please contact your agent.

Vehicle is driven to work or school.

Multi-Car Discount applies.

Air Bag Discount applies.

Claim Free Discount Applies.

Persistency Discount Applies.

5% Home & Auto Discount applies.

A 10.0% Education Association Member Credit applies to each applicable coverage on your policy:

Page 2

Exhibit 1
Page 2 of 3 Pages

Bodily Injury, Property Damage, Comprehensive and Collision premiums.[2]

Entered by operator: KB

Exhibit 1
Page 3 of 3 Pages