```
-H-M-5456039690 X50AKDECLARATIONS CERTIFIED
         20030915
KY: A5456039690 CO: 08 DOC: X50 INFO:          RL: X030915F FR: 0758.1
```

Teachers Insurance Company           Amended Declarations

P.O. Box 4506                        Readable Car Policy No. 54-56039690

Springfield, IL 62708-4506           09/15/2003                    DO

                                         HOME OFFICE COPY

Continuous Renewal Policy     Classification     1221         8-01999

Effective      Expires        Term (months)       06     Territory    11

09/25/2001 to  03/25/2002     Inexperience         0     Symbol       G0

12:01 AM standard time        Acc/Viol points   00/00    Kind          J

         Year Make Model

Vehicle 2003 VLKS PASSAT$27000       Ident No.    WVWPD63B13P399046

                                     Agent: 7790        BELISLE, KENNON J

                                                        5700 OLD SEWARD
HWY
         HILDEBRANDT, GREGORY R                         #205

         &/OR HILDEBRANDT, COLLEEN M                    ANCHORAGE, AK

         4441 PANTHER DR                                99518

         EAGLE RIVER, AK  99577-9730                    Phone: 907-562-9922

CREDIT IN                                               LOSS   VOLKSWAGEN

650301                                                  Payee: PO BOX
     Coverage is provided subject to the terms of the policy.    COCKEYSVIL
MD 21065

Coverage                             Limit of Liability
Premium
A  Bodily Injury Liability           Each Person       $250,000

                                     Each Occurrence   $500,000

B  Property Damage Liability         Each Occurrence   $100,000

C  Medical Payments                  Each Person         $5,000

D  Comprehensive                     Actual Cash Value/ $100 Deductible

E  Collision                         Actual Cash Value/ $500 Deductible

J  Uninsured Motor Vehicle -         Each Person       $100,000

   Bodily Injury                     Each Accident     $300,000

J1 Uninsured Motor Vehicle -         Each Accident      $25,000

                              Page 1

Exhibit 2

Page 1 of 2 Pages

1

| | | |
|---|---|---|
| Property Damage | $250 Deductible | |
| R Rental Reimbursement | Each Day | $20 |
| | Aggregate | $400 |

To report a claim, obtain information, or solve a problem: call 1-800-999-1030 or check our web site www.horacemann.com.

*****************

LISTED DRIVER(S):   HILDEBRANDT, COLLEEN M        (CLASSED DRIVER)
                    HILDEBRANDT, GREGORY R
                    HILDEBRANDT, LOREN P

*****************

Policy form and endorsements applicable:   CC-N00007 Readable Car Policy
CC-N01AK2 Readable Car Policy Amendatory Endorsement
CC-N01006 Bodily Injury Liability/Property Damage Liability Amendatory Endorsement
CC-N06017 Sponsorship Benefits Endorsement
CC-N01003 Transportation of Students Endorsement
CC-V01AK3 Bodily Injury Liability Coverage Amendatory Endorsement - Alaska
CC-V06015 Loss Payable Clause

*****************

This declarations reflects the current policy data and inforce coverages.

*****************

Rating Information:                    If not correct, please contact your agent.
Vehicle is driven to work or school.
Multi-Car Discount applies.
Air Bag Discount applies.
Claim Free Discount Applies.
Persistency Discount Applies.
5% Home & Auto Discount applies.

A 10.0% Education Association Member Credit applies to each applicable coverage on your policy:

-Continued-

Page 2

Exhibit 2
Page 2 of 2 Pages