3

~H-M-5463014470 X50AKDECLARATIONS CERTIFIED
    20020228:13803
KY: A5463014470 CO: 08 DOC: X50 INFO:           RL: X020228H FR: 0171.1

Teachers Insurance Company              Amended Declarations
P.O. Box 4506                              Readable Car Policy No. 54-63014470
Springfield, IL  62708-4506              02/28/2002                              DO
                                             HOME OFFICE COPY

    Continuous Renewal Policy          Classification    8724            8-01999
.....Effective          Expires         Term (months)........06     Territory    11
  11/01/2001 to    05/01/2002           Inexperience           0     Symbol       r0
     12:01 AM standard time             Acc/Viol points    00/00     Kind          J
              Year Make Model
       Vehicle 1996 TYTA AVLNXL$16100     Ident No.      4T1BF12B9TU090379
                                          Agent: 7790         BELISLE, KENNON J
                                                              5700 OLD SEWARD
HWY                                                           #205
         HILDEBRANDT, GREGORY R                               ANCHORAGE, AK
         PO BOX 770230                                        99518
         EAGLE RIVER, AK  99577-0230                          Phone:907-562-9922
                                                              Loss    CREDIT
UNION ONE                                                     Payee:  PO BOX
101852
      Coverage is provided subject to the terms of the policy.    ANCHORAGE
AK 99510

        Coverage                          Limit of Liability
        Premium
     A  Bodily Injury Liability          Each Person     $250,000
                                         Each Occurrence $500,000

     B  Property Damage Liability        Each Occurrence $100,000

     C  Medical Payments                 Each Person     $5,000

     D  Comprehensive                    Actual Cash Value/ $100 Deductible

     E  Collision                        Actual Cash Value/ $500 Deductible

     J  Emergency Road Service           Each Disablement    $60
                                  Page 1

                                                             Exhibit 3
                                                             Page 1 of 3 Pages

3

| | | |
|---|---|---|
| J  Uninsured Motor Vehicle - Bodily Injury | Each Person | $100,000 |
| | Each Accident | $300,000 |
| JL Uninsured Motor Vehicle - Property Damage | Each Accident | $25,000 |
| | $250 Deductible | |
| K  Rental Reimbursement | Each Day | $20 |
| | Aggregate | $400 |

To report a claim, obtain information, or solve a problem: call 1-800-999-1030 or check our web site www.horacemann.com.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To report a road service claim, forward the original bill and policy number to the following address:

    P. O. Box 19223

    Springfield, IL  62794-9223

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LISTED DRIVER(S):     HILDEBRANDT, LOREN P          (CLASSED DRIVER)

                     HILDEBRANDT, GREGORY R

                     HILDEBRANDT, COLLEEN M

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Policy form and endorsements applicable:   CC-N00007 Readable Car Policy

CC-N01AK2 Readable Car Policy Amendatory Endorsement

CC-N01006 Bodily Injury Liability/Property Damage Liability Amendatory Endorsement

CC-N06017 Sponsorship Benefits Endorsement

CC-N01003 Transportation of Students Endorsement

CC-V01AK3 Bodily Injury Liability Coverage Amendatory Endorsement - Alaska

CC-V06015 Loss Payable Clause

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This declarations reflects the current policy data and inforce coverages.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Your premium is based on the following.  If not correct, please contact your agent.

Page 2

Exhibit 3
Page 2 of 3 Pages

Vehicle is driven to work or school. [3]

-Continued-

Exhibit 3
Page 3 of 3 Pages