# NOTARIZED STATEMENT

I hereby certify the attached to be an exact copy of the policy and
declarations sheet as indicated

_____
Signed

Manuel Velez
Regional Officer
Property & Casualty Division
Horace Mann Insurance Company

Carol Laing
Notary Public - Arizona
Maricopa County
My Commission Expires
August 12, 2009

Suberibed and Sworn before me this  30th  day of  June , 2006

_____
Signed

Exhibit 4
Page 1 of 33 Pages

# Readable car policy

**Warning:** Unless *you* have *car* insurance written by a Mexican insurance company, *you* may spend many hours or days in jail if *you* have an accident in Mexico. Insurance coverage should be secured from a company licensed under the laws of Mexico to write such insurance in order to avoid complications and some other penalties possible under the laws of Mexico, including the possible impoundment of *your car*.

This policy is a legal contract between you and us.

READ YOUR POLICY CAREFULLY

**Teachers Insurance Company**
A Stock Company
1 Horace Mann Plaza
Springfield, Illinois

CC-N00007

Exhibit 4
Page 2 of 33 Pages

Case 3:06-cv-00162-TMB   Document 1-5   Filed 07/06/2006   Page 3 of 33

# ❶ Table of contents

**Defined words** ...............................................1

**Insuring agreements** ..............................2
When coverage applies ..............................2
Where coverage applies ..............................2
Two or more insureds ..............................2
Policy changes ..............................2
Renewal ..............................2
Cancellation ..............................3
Action against us ..............................3
Agreement with state law ..............................3
Two or more auto policies ..............................3

**Reporting a claim — your duties** ...........3
Notice to us of an accident or loss ..............................3
Notice to us of claims or suit ..............................3
Other duties under the physical damage
    coverages ..............................4
Other duties under Uninsured Motor Vehicle;
    Underinsured Motor Vehicle; Medical Payments;
    Accidental Death, Dismemberment and Loss of Sight;
    Loss of Income or Services coverages ..............................4
Insured's duty to cooperate with us ..............................4
Autopsy ..............................4

**Section I — Liability coverages** ...........4
Bodily Injury Liability — Coverage A ..............................4
Property Damage Liability — Coverage B ..............................4
Trailer coverage ..............................5
Who is an insured? ..............................5
What is not covered ..............................5
Limits of liability ..............................6
If there is other coverage ..............................6

**Section II — Medical payments** ...........7
Medical Payments — Coverage C ..............................7
Loss of Income or Services — Coverage C2 ..............................7
Persons Insured ..............................7
Definitions ..............................8
Limits of liability — Coverage C ..............................8
Death ..............................8
Limits of liability — Coverage C 2 ..............................8
What is not covered ..............................8
Payment of claim ..............................9

**Section III — Accidental death,
dismemberment and loss of sight** ...........9
Accidental Death, Dismemberment and Loss of
    Sight — Coverage L ..............................9
Definitions ..............................9
What is not covered ..............................10
Limits of liability ..............................10

**Section IV — Uninsured and underinsured**

**motor vehicle** ...........10
Uninsured Motor Vehicle Bodily Injury —
    Coverage J ..............................10
Uninsured Motor Vehicle Property Damage —
    Coverage J1 ..............................10
Underinsured Motor Vehicle Bodily Injury —
    Coverage S ..............................10
Underinsured Motor Vehicle Property
    Damage — Coverage S1 ..............................10
Who is an insured? ..............................10
Definitions ..............................11
What is not covered ..............................11
Limits of liability ..............................12

**Section V — Physical damage
coverages** ...........14
Comprehensive — Coverage D ..............................15
Collision — Coverage E ..............................15
Limits of Liability ..............................15
Settlement of loss ..............................15
Emergency Road Service — Coverage I ..............................15
Rental Reimbursement — Coverage R ..............................15
Sound System Coverage — Coverage D1 ..............................16
Trailer coverage ..............................16
Definitions ..............................16
When coverages do not apply ..............................16

Exhibit __4__

Page __3__ of __33__ Pages

2

~H~M~5456039680 X50AKDECLARATIONS CERTIFIED
     20011218:151156
KY: A5456039680 CO: 08 DOC: X50 INFO:            RL: X011218G FR: 2306.1


Teachers Insurance Company        Amended Declarations

P.O. Box 4506                     Readable Car Policy No. 54-56039680

Springfield, IL 62708-4506        12/18/2001                    DO

                                  HOME OFFICE COPY

Continuous Renewal Policy     Classification    9321        8-01999

Effective      Expires        Term (months)      06    Territory    11

09/25/2001 to 03/25/2002      Inexperience        0    Symbol       J0

  12:01 AM standard time       Acc/Viol points  02/00   Kind         J

            Year Make Model

  Vehicle 2000 LEXS RX 300$37568      Ident No.    JT6HF10U0Y0131717

                                      Agent: 7790       BELISLE, KENNON J
                                                        5700 OLD SEWARD
HWY
              HILDEBRANDT, GREGORY R                    #205
              &/OR HILDEBRANDT, COLLEEN M               ANCHORAGE, AK
              PO BOX 770230                             99518
              EAGLE RIVER, AK  99577-0230               Phone:907-562-9922

                                                        Loss   CREDIT
UNION ONE                                               Payee: PO BOX
101859
     Coverage is provided subject to the terms of the policy.   ANCHORAGE
AK 99510

  Coverage                      Limit of Liability
  Premium
A  Bodily Injury Liability      Each Person      $250,000
                                Each Occurrence  $500,000
B  Property Damage Liability    Each Occurrence  $100,000
C  Medical Payments             Each Person        $5,000
D  Comprehensive                Actual Cash Value/ $100 Deductible
E  Collision                    Actual Cash Value/ $500 Deductible
J  Uninsured Motor Vehicle –    Each Person      $100,000
                      Page 1

Exhibit 4
Page 4 of 33 Pages

2

| | | | |
|---|---|---|---|
| | Bodily Injury | Each Accident | $300,000 |
| J1 | Uninsured Motor Vehicle - | Each Accident | $25,000 |
| | Property Damage | $250 Deductible | |
| R | Rental Reimbursement | Each Day | $20 |
| | | Aggregate | $400 |


To report a claim or for Customer Service call 1-800-999-1030 or check our web Site
   www.horacemann.com.

****************

LISTED DRIVER(S):   HILDEBRANDT, GREGORY R          (CLASSED DRIVER)

                    HILDEBRANDT, COLLEEN M

                              ****************

Policy form and endorsements applicable:  CC-N00007 Readable Car Policy

CC-N01AK2 Readable Car Policy Amendatory Endorsement

CC-N01006 Bodily Injury Liability/Property Damage Liability Amendatory Endorsement
CC-N06017 Sponsorship Benefits Endorsement

CC-N01003 Transportation of Students Endorsement

CC-V01AK3 Bodily Injury Liability Coverage Amendatory Endorsement - Alaska

CC-V06015 Loss Payable Clause

                              ****************

This declarations reflects the current policy data and inforce coverages.

                              ****************

Your premium is based on the following.  If not correct, please contact your agent.
   Vehicle is driven to work or school.

Multi-Car Discount applies.

Air Bag Discount applies.

Claim Free Discount Applies.

Persistency Discount Applies.

  5% Home & Auto Discount applies.

A 10.0% Education Association Member Credit applies to each applicable coverage on your policy:

Page 2

Exhibit   4
Page  5  of 33  Pages

2
Bodily Injury, Property Damage, Comprehensive and Collision premiums.

Entered by operator: KB

Exhibit  4
Page  6  of  33  Pages

## ⦿ Readable car policy

## Defined words

We define some words used in the policy. This makes it easier to read and understand.

Defined words are printed in bold face italics.

As used in the policy:

"*You*" and "*your*" mean the named insured shown on the declarations page and the named insured's *spouse* if a resident of the same household.

"*We*," "*us*," and "*our*," mean the company providing the insurance.

"*Bodily injury*" means *bodily injury* to a *person* and all resulting sickness, disease or death and includes all injury and damages to others resulting from this *bodily injury*.

"*Business*" means the use of the *car* is required by or customarily involved in the duties of the *person* customarily operating the *car* in his or her occupation, profession or business other than going to and from his or her principal place of occupation, profession or business.

"*Car*" means a four-wheel land motor vehicle designed for use mainly on public roads. It does not include any vehicle while located for use as a dwelling or other premises.

"*Car business*" means a business or job the purpose of which is to sell, lease, repair, service, transport, store or park land motor vehicles or trailers.

"*Insured*" means the *person*, *persons*, or organization defined as insured in the specific coverage.

"*Loss*" is defined in Sections III and V.

"*Newly acquired car*" means a *car* newly owned by *you* if it:

1. replaces *your car*; or

2. is an added *car* and *we* insure all other *cars* owned by *you* on the date of its delivery to *you*;

but only if *you*:

1. tell *us* about it within 30 days after its delivery to *you*; and

2. if *you* have more than one of *our car* policies, tell *us* which one is to apply; and

3. pay *us* any additional premium due; and

4. provide *us* with the necessary completed application as soon as reasonably possible.

"*Non-owned car*" means a *private passenger car* or *utility vehicle* not:

1. owned by;

2. registered in the name of; or

3. furnished or available for the regular or frequent use of

*you* or *your relatives*. The use must be within the scope of consent of the owner or *person* in lawful possession of it.

"*Occupying*" means in, on, entering, or alighting from.

"*Person*" means any human being.

"*Pleasure*" means there is no *business* or commercial use of the *car*.

"*Private passenger car*" means a *car* of the private passenger, station wagon, or *utility vehicle* type, designed to carry *persons* and their luggage.

"*Relative*" means a *person* related to *you* by blood, marriage or adoption who lives with *you*. It includes *your* unmarried and dependent child who is away at school.

"*Spouse*" means *your* husband or wife while living with *you*.

"*Temporary substitute car*" means a *car* or *trailer* not owned by *you* or a resident of *your* household, if the *temporary substitute car* replaces *your car* for a short time. Its use must be with the consent of the owner. *Your car* must be out of use as a result of its breakdown, repair, servicing, damage or *loss*. A *temporary substitute car* is not a *non-owned car*.

"*Trailer*" means a *trailer* or semi-trailer designed for use with a *private passenger car* or a *utility vehicle*.

"*Utility vehicle*" means a pick-up or van with a load capacity of not more than 2,000 pounds and not used for commercial purposes. This definition also includes a detachable living quarters unit designed for use with a *private passenger car* or *utility vehicle*.

"*Your car*" means the *car* that *you* own which is described on the declarations page.

Exhibit ___4___
Page ___7___ of ___33___ Pages

## Insuring agreements

*We* agree to insure *you* according to the terms of this policy based:

1. on *your* payment of premium for the coverages *you* chose; and

2. in reliance on *your* statements in *your* application and the declarations page.

*You* agree, by acceptance of this policy, that:

1. the statements in *your* application and the declarations page are *your* statements and are true; and

2. *we* insure *you* on the basis that *your* statements are true; and

3. this policy contains all of the agreements between *you* and *us* or any of *our* agents.

Unless otherwise stated on the declarations page, *you* are the sole owner of *your car*.

Unless otherwise stated on *your car* application for this insurance:

1. neither *you* nor any member of *your* household has, within the past three years, had a license to drive or vehicle registration suspended, revoked, or refused; and

2. *your car* is used for *pleasure*.

## When coverage applies

*Your* coverages are shown on the declarations page and apply to accidents and losses that take place during the policy period. The policy period is shown on the declarations page and is for successive periods of six months if the required renewal premium is paid. Payments must be made on or before the end of the current policy period. The policy period begins and ends at 12:01 a.m. Standard Time at the address shown on the declarations page.

## Where coverage applies

*Your* coverages apply:

1. in the United States of America, its territories and possessions, and Canada; or

2. while the insured vehicle is being shipped between their ports.

The following coverages apply in Mexico within 50 miles of the nearest United States border:

Section I. Liability

Section II. Medical payments

Section V. Physical damage

A physical damage coverage *loss* in Mexico is determined on the basis of cost at the nearest United States point.

Accidental Death, Dismemberment and Loss of Sight coverage applies anywhere in the world.

## Two or more insureds

*Our* liability under this policy is not increased if more than one *person* is shown as the *insured* on the declarations page.

## Policy changes

**Policy terms** — The terms of this policy may be changed or waived only by:

1. an endorsement; or

2. the revision of this policy form to give broader coverage without an extra charge. If any coverage *you* carry is changed to give broader coverage, *we* will give *you* the broader coverage without the issuance of a new policy as of the date *we* make the change effective.

**Change of interest** — No change of interest in this policy is effective unless *we* consent in writing. However, if *you* die, *we* will protect as named insured, except under Accidental Death, Dismemberment and Loss of Sight, and Loss of Income or Services coverages:

1. *your* surviving *spouse*; and

2. any *person* with proper custody of *your car*, a *newly acquired car* or a *temporary substitute car* until a legal representative is qualified; and then

3. the legal representative while acting within the scope of his or her duties.

Policy requirements are met by mailing the notice to the deceased named insured's last known address.

**Consent of beneficiary** — Consent of the beneficiary under Accidental Death, Dismemberment and Loss of Sight coverage is not needed to cancel or change the policy.

**Joint and individual interests** — When there are two or more named insureds, each acts for all to cancel or change the policy.

## Renewal

Unless *we* mail or deliver a notice of cancellation to *you* within 60 days of the policy effective date, *we* agree:

1. to continue it in force until the end of the current policy period; and

2. to renew the policy for the next policy period at the rates then in effect unless *we* mail to *you* written notice of *our* intention not to renew. The notice will be mailed to *your* last known address at least 30 days before the end of the current policy period. The mailing of it shall be sufficient proof of notice.

Exhibit    4
Page  8  of  33  Pages

## O  Readable car policy

These agreements to continue and renew are void if:

1. **you** fail to pay the premium when due; or
2. the driver's license of:
   a. **you**;
   b. **your relative**; or
   c. any **person** who usually drives **your car**

   was under suspension or revocation in the 12 months prior to the renewal date; or
3. **you** misrepresent a material fact to **us**; or
4. **you** defraud **us**.

**We** may require the addition of a deductible to or the cancellation of any coverage in "Section V."

**We** are not obligated by this condition to renew or continue this policy.

### Cancellation

**How you may cancel — You** may cancel **your** policy by written notice mailed or delivered to **us**. The notice must give **us** the date to cancel, which must be later than the date **you** mail or deliver it to **us**.

**How and when we may cancel — We** may cancel **your** policy by written notice mailed to **your** last known address. The notice shall give the date cancellation is effective. It will be mailed to **you** at least:

1. 10 days before the cancellation effective date if the cancellation is during the first 60 days following the effective date; or
2. 10 days before the cancellation effective date if the cancellation is because **you** did not pay the premium; or
3. 30 days before the cancellation effective date if the cancellation is for any other reason.

The mailing of the written notice shall be sufficient proof of notice.

**We** cannot cancel this insurance after the first 60 days unless:

1. **you** fail to pay the premium when due; or
2. the driver's license of:
   a. **you**;
   b. **your relative**; or
   c. any other **person** who usually drives **your car**

   was under suspension or revocation in the 12 months prior to the renewal date; or
3. **you** misrepresent a material fact to **us**; or
4. **you** defraud **us**.

**Return of unearned premium** — If **you** cancel, premium may be earned on a short rate basis. If **we** cancel, premium will be earned on a pro rata basis. Any unearned premium may be returned at the time **we** cancel or within a reasonable time thereafter. Delay in the return of unearned premium does not affect the cancellation.

### Action against us

There is no right of action against **us** until all the terms of this policy have been met.

### Agreement with state law

Terms of this policy which do not agree with the laws of the state where this policy is issued are amended to agree with those laws.

### Two or more auto policies

If two or more vehicle liability policies issued by **us** to **you** apply to the same accident, the total limits of liability under all such policies shall not exceed that of the policy with the highest limit of liability.

## Reporting a claim — Your duties

### Notice to us of an accident or loss

**You** must give **us** or one of **our** agents written notice of the accident or **loss** as soon as reasonably possible. The notice must give **us**:

1. **your** name; and
2. the names and addresses of all **persons** involved; and
3. the hour, date, place, and facts of the accident or **loss**; and
4. the names and addresses of witnesses.

### Notice to us of claim or suit

If a claim is made or suit is brought against an **insured**, that **insured** must at once send **us** every summons or legal process received.

### Other duties under the physical damage coverages

When there is a **loss**, **you** or the owner of the property also shall:

1. make a prompt report to the police when the **loss** is the result of theft or larceny.
2. protect the vehicle from further damage. **We** will pay any reasonable expense incurred to do it.
3. file with **us**, within 91 days after the **loss**, sworn proof of **loss** on a form required by **us**.
4. permit **us** to inspect and appraise the damaged property before its repair or disposal.

Exhibit 4
Page 9 of 33 Pages

**O Readable car policy**                                                     Page 4

5. provide all records, receipts and invoices, or certified copies of them. *We* may make copies.

## Other duties under Uninsured Motor Vehicle; Underinsured Motor Vehicle; Medical Payments; Loss of Income or Services; Accidental Death, Dismemberment and Loss of Sight coverages

The *person* making claim also shall:

1. give *us* all the details about the death, injury, treatment and other information *we* need to determine the amount payable;

2. be examined by physicians chosen and paid by *us* as often as *we* reasonably may require. A copy of the medical report will be sent to the *person* upon written request. If the *person* is dead or unable to act, his or her legal representative shall authorize *us* to obtain all medical reports and records:

3. under the uninsured motor vehicle and underinsured motor vehicle coverages:

   a. report a hit-and-run accident to the police within 24 hours and to *us* within 30 days;

   b. let *us* see the insured *car* the *person occupied* in the accident;

   c. give *us* proof of claim on forms *we* furnish;

   d. send *us* at once a copy of all suit papers if *you, your relative,* or other *person* sues the party liable for the accident for damages.

4. give *us* proof of claim on forms *we* furnish under the coverages:

   a. Accidental Death, Dismemberment and Loss of Sight; or

   b. Loss of Income or Services.

### Insured's duty to cooperate with *us*

The *insured* shall cooperate with *us*, and when asked, assist *us* in:

1. making settlements;

2. securing and giving evidence;

3. attending, and getting witnesses to attend, hearings and trials.

The *insured* shall not, except at his or her own cost, voluntarily:

1. make any payment or assume any obligation to others; or

2. incur any expense, other than for first aid to others.

### Autopsy

*We* have the right to have an autopsy made where it is not forbidden by law.

## Section I — Liability coverages

### Bodily Injury Liability — Coverage A
### Property Damage Liability — Coverage B

*You* have these coverages if Coverages A and B are shown on the declarations page.

*We* will:

1. pay damages which an *insured* becomes legally liable to pay because of:

   a. *bodily injury* to others; and

   b. damage to or destruction of property including loss of its use, caused by or resulting from the ownership, maintenance or use of *your car*; and

2. defend any suit against an *insured* for such damages with attorneys hired and paid by *us*. *We* will not defend any suit after *we* have paid the applicable limit of *our* liability.

### Additional payments

*We* will pay on behalf of an *insured* any costs listed below resulting from an insured accident:

1. court costs of any suit for damages.

2. interest on all damages owed by an *insured* as the result of a judgment until *we* pay, offer, or deposit in court the amount due under this coverage.

3. premiums or costs of bonds:

   a. to secure the release of an *insured's* property attached under a court order. The amount of the bond *we* pay for shall not be more than *our* limit of liability;

   b. required to appeal a decision in a suit for damages; and

   c. up to $250 for each bail needed because of an accident or traffic violation involving the use of *your car*.

   *We* have no duty to furnish or apply for any bonds.

4. expenses incurred by an *insured*:

   a. for loss of wages or salary up to $35 per day if *we* ask the *insured* to attend the trial of a civil suit;

   b. for first aid to others at the time of the accident; or

   c. at *our* request.

*We* have the right to investigate, negotiate, and settle any claim or suit.

Exhibit ___4___

Page ___10___ of ___33___ Pages

**O  Readable car policy**

## Trailer coverage

Bodily Injury and Property Damage Liability coverages apply to *trailers* only when the *trailer* is attached to *your car* except as follows.

There is no coverage for a *trailer*:

1. designed or used to carry *persons*;

2. used for *business* purposes;

3. used as premises;

4. not designed for use with a *private passenger car* or *utility vehicle*; or

5. used with a motor vehicle *we* do not insure.

## Coverage for the use of other cars

Bodily Injury Liability and Property Damage Liability coverages extend to the use, by an *insured*, of a *newly acquired car*, a *temporary substitute car*, or a *non-owned car* while being used with the permission of the owner.

## Who is an insured?

When *we* refer to *your car*, a *newly acquired car* or a *temporary substitute car*, *insured* means:

1. *you*;

2. *your relatives*;

3. any other *person* while using such a *car*, provided the operation and the actual use of it are with *your* permission and are within the scope of such permission; and

4. any other *person* or organization liable for the use of *your car* by one of the above *insureds*.

When *we* refer to a *non-owned car*, *insured* means:

1. *you*;

2. *your relatives*; and

3. any *person* or organization which does not own or hire the *car* but is liable for its use by one of the above *persons*.

## Non-owned cars

### There is no coverage for non-owned cars:

1. while being repaired, serviced or used by any *person* while that *person* is working in any *car business*; or

2. while used in any other business or occupation. This does not apply to a *private passenger car* driven or *occupied* by you.

## What is not covered

In addition to the limitations of coverage in "Who is an *insured*?" and "*Trailer* coverage,"

### There is no coverage:

1. while any *car* or *trailer* insured under this section is:

   a. rented to others or used to carry *persons* for a charge. This does not apply to the use of *your car* on a share expense basis.

   b. used by any *person* employed or engaged in any way in a *car business*. This does not apply to:

      (1) *you*; or

      (2) any *relative*, agent, employee or partner of *yours* or *your spouse*. The coverage is excess for these *persons*.

   c. used in preparation for any impromptu, prearranged or organized racing, speed, demolition or stunting contest or activity, or used in the event itself.

2. for any *bodily injury*:

   a. to a fellow employee while on the job and arising from the maintenance or use of a vehicle by another employee in the employer's business. *You* are covered for such injury to a fellow employee.

   b. to any employee of an *insured* arising out of his or her employment. This does not apply to a household employee who is not covered or required to be covered under any worker's compensation insurance.

   c. caused intentionally by the *insured*;

   d. to *you* or *your relatives* residing in *your* household.

3. for any damages:

   a. for which the United States might be liable for the *insured's* use of any vehicle;

   b. to property owned by, rented to, in charge of or transported by an *insured*. But coverage applies to a rented residence or private garage damaged by a *car we* insure.

   c. caused intentionally by the *insured*.

4. for any obligation of an *insured*, or his or her insurer, under any type of worker's compensation or disability or similar law.

5. for liability assumed by the *insured* under any contract or agreement.

6. except as to *you*, while *your car* is subject to any conditional sale or purchase agreement not declared in the policy.

7. for *bodily injury* or property damage from any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

Exhibit ___4___

Page __11__ of __33__ Pages

8. for the payment of punitive or exemplary damages.

## Limits of liability

A *car* and attached *trailer* are considered one *car*. Therefore, the limits are not increased.

The limits of liability are not increased because more than one *person* or organization may be an *insured*.

When two or more motor vehicles are insured under this section, the limits apply separately to each.

Damages, whenever used with respect to Coverage A, include damages for care and loss of services. Damages, whenever used with respect to Coverages A and B, do not include punitive or exemplary damages.

**Single limit liability coverage** — The amount of Bodily Injury Liability, Coverage A, and Property Damage Liability, Coverage B, is shown on the declarations page as a single limit. *We* will pay up to this amount for all *bodily injury* and property damage resulting from the same occurrence for which an *insured* is legally liable.

*We* will apply the limit of liability to provide any separate limits required by law for Bodily Injury or Property Damage Liability. However, this provision will not change *our* total limit of liability.

**Split limit liability coverage** — The limit of liability, Coverage A, stated on the declarations page as applicable to "each person," is the limit of *our* liability for all damages and causes of action resulting from this *bodily injury* sustained by one *person* in any one occurrence.

*Bodily injury* to one *person* includes all injury and damages to others resulting from this *bodily injury*. Subject to this "each person" limit, the limit of liability stated on the declarations page as applicable to "each occurrence" is the total limit of *our* liability for all such damages and causes of action for *bodily injury* sustained by two or more *persons* in the same occurrence. The limit of liability for Coverage B Property Damage Liability is stated on the declarations page as applicable to "each occurrence."

## If there is other coverage

1. **Policies issued by us to you**

   If two or more vehicle liability policies issued by *us* to *you* apply to the same accident, the total limits of liability under all such policies shall not exceed that of the policy with the highest limit of liability.

2. **Other liability coverage available from other sources**

   Subject to item 1, if other vehicle liability coverage applies, *we* are liable only for *our* share of the damages. *Our* share is the percent that the limit of

liability of this policy bears to the total of all vehicle liability coverage applicable to the accident.

3. *Temporary substitute car, non-owned car, trailer*

   If a *temporary substitute car*, a *non-owned car* or a *trailer* designed for use with a *private passenger car* or *utility vehicle* has other vehicle liability coverage on it. then this coverage is excess. This coverage shall not apply:

   a. if the vehicle is owned by any *person* or organization in a *car business*; and

   b. if the *insured* or the owner has other liability coverage which applies in whole or in part as primary, excess or contingent coverage.

4. *Newly acquired car*

   This coverage does not apply if there is other vehicle liability coverage on a *newly acquired car*.

## Financial responsibility law

**Out-of-state coverage** — If an *insured* under the liability coverage is in another state or Canada and, as a non-resident becomes subject to its motor vehicle compulsory insurance, financial responsibility or similar law:

1. the policy will be interpreted to give the coverage required by the law; and

2. the coverage so given replaces any coverage in this policy to the extent required by the law for the *insured's* operation, maintenance or use of a *car* insured under this policy.

Any coverage so extended shall be reduced to the extent other coverage applies to the accident. In no event shall a *person* collect more than once.

**Financial responsibility law** — When certified under any law as proof of future financial responsibility, and while required during the policy period, this policy shall comply with such law to the extent required. The *insured* agrees to repay *us* for any payment *we* would not have had to make under the terms of this policy except for this agreement.

## Action against us

There is no right of action against *us* until the amount of damages an *insured* is legally liable to pay has been finally determined by:

1. judgment after actual trial, and appeal, if any; or

2. agreement between the *insured*, the claimant, and *us*.

Any *person* or organization who has secured a judgment that has been sustained, if appealed, or a written agreement of settlement. may be paid up to the amount of insurance afforded by this policy.

This policy does not:

Exhibit ____4____

1. give any *person* or organization the right to include *us* as a party to any suit against *you* to determine *your* liability.

2. give *you* or *your* legal representative the right to bring *us* into any suit brought against *you* to determine *your* liability.

Bankruptcy or insolvency of the *insured* or his or her estate shall not relieve *us* of *our* obligations.

### Our right to recover our payments

The right of recovery of any party *we* pay passes to *us*. Such party shall:

1. not hurt *our* rights to recover; and

2. help *us* get *our* money back.

## Section II — Medical payments

### Medical Payments — Coverage C

*You* have this coverage if Coverage C appears on the declarations page.

*We* will pay *medical expenses* for services furnished within one year of the date of the accident.

### Loss of Income or Services — Coverage C2

If C2 is shown on the declarations page, *we* will pay to *persons* insured:

1. 75 percent of loss of income resulting from injury caused by accident. Payment shall not exceed the limit of liability shown for Coverage C2 on the declarations page; or

2. the limit of liability per day shown for Coverage C2 on the declarations page for *loss of services*. This Loss of Services coverage applies only if the *insured* is not gainfully employed at the time of the accident.

### Persons insured

*We* will pay Medical Payments and Loss of Income or Services benefits to:

1. a. *you*, and

   b. *your relatives*.

   *You* or *your relatives* have to sustain the injury:

   a. while *you* or they operate or *occupy* a motor vehicle or *trailer* insured under Section I, or

   b. through being struck as a *pedestrian* by a motor vehicle or *trailer*.

2. Any other *person* while *occupying*:

   a. a motor vehicle or *trailer* insured under Section I, except a *non-owned car*. Such vehicle or *trailer*

must be used by a *person* who is insured under Section I; or

   b. a *non-owned car*. The injury must result from such *non-owned car's* operation or *occupancy* by *you* or *your relatives*.

*We* will reduce all payments made under other liability coverages by the amount paid under Medical Payments coverage.

### Definitions

"*Income*" means salary, wages, tips, commissions, fees and profits from an individually owned business, partnership or farm, or other earnings before deductions for taxes, Social Security, or other voluntary or involuntary employer's payroll withholding.

"*Loss of services*" means repayment for expenses incurred for essential services in lieu of those the injured *person* would have performed free of charge. Such services must be rendered during the period of continuous total disability.

"*Medical expenses*" means expenses for necessary medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and funeral services; and eyeglasses, hearing aids, and prosthetic devices.

"*Pedestrian*" means a *person* who is not an *occupant* of a motor vehicle or *trailer*.

"*Total disability*" means the *insured*, while living, is not able to do the usual work or any other work for which he or she is reasonably fitted by education, training or experience.

### Limits of liability — Coverage C

The amount of coverage for Medical Payments, Coverage C, including funeral services, is shown on the declarations page. The most *we* pay for funeral services is $1,000 per *person*.

A *car* and an attached *trailer* are considered one *car*. Therefore, the limits are not increased.

When two or more motor vehicles are insured under this section the limits apply separately to each.

If two or more policies issued by *us* to *you* apply to the same accident, the total limit of liability under all such policies shall not exceed that of the policy with the highest limit of liability.

### Death

*We* will pay, in addition to *medical expenses*, $1,000 because of *your* death.

The death has to:

1. be the direct result of the *bodily injury* and no other cause; and

2. be due to accident while *occupying* or through being struck by a motor vehicle or *trailer*; and

Exhibit   4

Page 13 of 33 Pages

3. occur within 90 days of the accident.

The $1,000 shall be paid:

1. to the surviving *spouse*; or
2. if none, at *our* option, to a parent or guardian of the deceased *person's* estate.

## Limits of liability — Coverage C2

Payment will be made for the period of continuous *total disability* starting with the fifteenth day after the accident and ending one year and fourteen days from the date of the accident, or at death, whichever occurs first. The limit of liability for Loss of Income or Services, Coverage C2, to each *person* for any one accident is shown on the declarations page.

A *car* and an attached *trailer* are considered as one *car*. Therefore, the limits are not increased.

When two or more motor vehicles are insured under this section the limits apply separately to each.

If two or more policies issued by *us* to *you* apply to the same accident, the total limit of liability under all such policies shall not exceed that of the policy with the highest limit of liability.

## What is not covered

**There is no coverage for *bodily injury*:**

1. while *occupying* or through being struck by a motor vehicle or *trailer* owned by *you* or *your relatives*, which is not insured under this coverage.
2. to the extent worker's compensation benefits are required to be payable.
3. while *occupying your car* if:
   a. rented to others; or
   b. used to carry *persons* for a charge. This does not apply to *your car* used on a share expense basis.
4. while *occupying* any motorcycle, moped, or any other similar motorized vehicle.
5. while *occupying* or through being struck by any motor vehicle:
   a. designed for use mainly off public roads;
   b. that operates on rails or crawler treads; or
   c. used in preparation for any impromptu, prearranged or organized racing, speed, demolition or stunting contest or activity, or used in the event itself.
6. due to war of any kind.

7. from any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.
8. sustained by any *person* other than *you* or *your relatives*:
   a. while *occupying* a *non-owned car* used to carry *persons* for a charge; or
   b. which results from the maintenance or use of a *non-owned car* by such *person* while employed or engaged in any way in the *car business*; or
   c. while *occupying* or operating a *non-owned car* used in any other business or job.

## Payment of claim

No payment will be made to any *person* other than *you* or *your relatives* unless the injured *person* or his or her legal representative agrees in writing that any payment shall be applied toward any settlement or judgment that *person* receives under any other *car* liability coverages provided by the policy.

## Other insurance

1. Insurance provided under Coverage C2 will be excess insurance over any benefits the injured *person* has the right to receive under any worker's compensation law. Worker's compensation benefits shall be deducted from total loss of *income*. Subject to the stated limitations, 75 percent of the remaining loss of *income* shall be payable under Coverage C2.
2. *Your car*
   Insurance provided under Section II for *persons* other than *you* or *your relatives*, injured while *occupying your car*, will be excess over any other valid and collectible benefits.
3. *Temporary substitute car, non-owned car, trailer*
   If a *temporary substitute car*, a *non-owned car* or a *trailer* has other *car* medical payments, *car* disability benefits, or loss of *income* or services coverage on it, these coverages are excess.
4. *Newly acquired car*
   This coverage does not apply if there is other *car* medical payments, *car* disability benefits, or loss of income or services coverage on a *newly acquired car*.
5. If other *car* medical payments, *car* disability benefits, or loss of *income* or services coverage applies to *bodily injury* sustained by a *pedestrian*, this coverage is excess.

## Income records

Exhibit ___4___

Page __14__ of __33__ Pages

*We* may require the injured *person* to secure and submit to *us* records of his or her *income* for twelve months previous to the accident.

### Action against us
There is no right of action against *us* until 30 days after *we* get the *insured's* notice of accident or loss.

### Our right to recover our payments
*We* are subrogated to the extent of *our* payments to the proceeds of any settlement the injured *person* recovers from any party liable for the *bodily injury*.

If the *person* to or for whom *we* have made payment has not recovered from the party at fault, he or she shall:

1. keep these rights in trust for *us*;

2. execute any legal papers *we* need; and

3. when *we* ask, take action through *our* representative to recover *our* payments.

## Section III — Accidental death, dismemberment and loss of sight

### Accidental Death, Dismemberment and Loss of Sight — Coverage L
The *insured* has this coverage if Coverage L1, L2 or L3 is shown on the declarations page. The *insured's* death or *loss* must be sustained while *occupying* or through being struck by a land motor vehicle or *trailer* for this coverage to apply. The *insured's* death or *loss* must be the direct result of the accident and not due to any other cause. The death or *loss* must occur within 90 days of the accident.

### Definitions
"*Insured*" means:

1. the first individual named on the declarations page if Coverage L1 appears on the declarations page; or

2. *you* if Coverage L2 appears on the declarations page; or

3. *you* and *your relatives* if Coverage L3 appears on the declarations page.

"*Loss*" means the loss of:

1. the foot or hand, cut off through or above the ankle or wrist; or

2. the whole thumb or finger; or

3. all sight.

### What is not covered
**There is no coverage for:**

1. an *insured* while on the job, operating, *occupying*, loading or unloading:

    a. an emergency vehicle; or

    b. a vehicle in *your* business or job.

       But 1.b. does not apply if the vehicle is:

       (1) a *private passenger car* or school bus; or

       (2) of the pick-up or van type, with a load capacity of 2,000 pounds or less, while not used for delivery.

2. an *insured* while:

    a. on the job in any *car business*; or

    b. *occupying* any military vehicle.

3. an *insured* when the death or *loss* is due to:

    a. disease except pus-forming infection due to *bodily injury* received in the accident; or

    b. suicide or attempted suicide while sane or insane; or

    c. war of any kind; or

    d. nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

4. an *insured* while *occupying* or through being struck by a motor vehicle or *trailer*:

    a. that runs on rails or crawler treads;

    b. designed for use mainly off public roads while off public roads;

    c. located for use as a dwelling or other premises; or

    d. used in preparation for any impromptu, prearranged or organized racing, speed, demolition or stunting contest or activity, or used in the event itself.

### Limits of liability
The most *we* will pay because of the death of or *loss* by the *insured* is shown on the declarations page. If the *insured* dies as a result of the accident, any payment made or due for *loss* reduces the amount of the death payment.

*We* will pay for death or *loss* in accordance with the following schedule. The appropriate percentage will be applied to the limit of liability shown on the declarations page to determine the limit of *our* liability for a death or *loss*.

Exhibit 4
Page 15 of 33 Pages

**Readable car policy**

| Schedule Percent of the limit of liability to be paid | For |
|---|---|
| 100% | *Loss* of: both hands; both feet; sight of both eyes; one hand and one foot; or one hand or one foot and sight of one eye |
| 50% | *Loss* of: one hand; one foot; or sight of one eye |
| 30% | *Loss* of: thumb and finger on one hand; or three fingers on one hand |
| 20% | *Loss* of: any two fingers on one hand |

### Payment of any amount due
*We* will pay any amount due:

1. to the *insured*;
2. to a parent or guardian if the *insured* is a minor or an incompetent *person*;
3. to the surviving *spouse*; or
4. at *our* option, to any *person* or organization authorized by law to receive such payment.

Any payment made is to its extent a complete discharge of *our* obligations. *We* are not responsible for the way the money is used.

### Action against us
There is no right of action against *us* until 30 days after *we* get the *insured's* notice of accident or *loss*.

### Our rights to recover our payments
Payments under Coverage L1, L2, or L3 are not recoverable by *us*.

## Section IV — Uninsured and underinsured motor vehicle

### Uninsured Motor Vehicle Bodily Injury — Coverage J
*You* have this coverage if Coverage J is shown on the declarations page. *We* will pay damages for *bodily injury* an *insured* is legally entitled to collect from the owner or driver of an *uninsured motor vehicle*. The *bodily injury* must be caused by accident arising out of the operation or ownership of the *uninsured motor vehicle*.

### Uninsured Motor Vehicle Property Damage — Coverage J1
*You* have this coverage if Coverage J1 is shown on the declarations page. If a deductible applies, the amount is shown on the declarations page. *We* will pay damages for *property damage* an *insured* is legally entitled to collect from the owner or driver of an *uninsured motor vehicle*. The *property damage* must be caused by accident arising out of the operation or ownership of the *uninsured motor vehicle*.

### Underinsured Motor Vehicle Bodily Injury — Coverage S
*You* have this coverage if Coverage S is shown on the declarations page. *We* will pay damages for *bodily injury* an *insured* is legally entitled to collect from the owner or driver of an *underinsured motor vehicle*. The *bodily injury* must be caused by accident arising out of the operation or ownership of the *underinsured motor vehicle*.

There is no coverage until the *insured's* damages exceed the limits of liability of all bodily injury liability insurance policies or bonds applicable to the accident and those limits of liability that apply to the *bodily injury* have been used up by payments of judgments or settlements.

### Underinsured Motor Vehicle Property Damage — Coverage S1
*You* have this coverage if Coverage S1 is shown on the declarations page. If a deductible applies, the amount is shown on the declarations page. *We* will pay damages for *property damage* an *insured* is legally entitled to collect from the owner or driver of an *underinsured motor vehicle*. The *property damage* must be caused by accident arising out of the operation or ownership of the *underinsured motor vehicle*.

There is no coverage until the *insured's* damages exceed the limits of all property damage liability insurance policies or bonds applicable to the accident and those limits of liability that apply to the *property damage* have been used up by payments of judgments or settlements.

### Who is an insured?
"*Insured*" means:

1. *you*;
2. *your relatives*; and
3. any other *person*

while occupying:

a. *your car*, a *temporary substitute car*, or a *newly acquired car*, provided the operation and the actual use of such *car* is with *your* permission and is within the scope of such permission;

Exhibit 4
Page 16 of 33 Pages

b. a *car* not owned by *you* or *your relatives*. It must be driven by *you* and within the scope of the owner's consent.

Such other *person occupying* a *car* used to carry *persons* for a charge is not an *insured*.

4. any *person* entitled to recover damages because of *bodily injury* or death of an *insured* under 1 through 3 above.

## Definitions

"*Motor vehicle*" means a self-propelled vehicle or *trailer* designed for use on public roads.

"*Pedestrian*" means a *person* who is not an *occupant* of a *motor vehicle* or trailer.

"*Property damage*" means damage to the property of the *insured*.

"*Underinsured motor vehicle*" means a *motor vehicle*, the ownership, maintenance or use of which is insured for bodily injury and property damage liability, but the sum of the limits of liability of such insurance is less than the limits of liability of the coverage under this policy. An *underinsured motor vehicle* does not include any land motor vehicle or *trailer*:

1. insured under the liability coverage of this policy;

2. furnished for the regular use of *you* or *your relatives*;

3. owned or operated by a self-insurer under any *motor vehicle* financial responsibility law, any motor carrier law, or any similar law;

4. designed for use mainly off public roads except while on public roads;

5. if operated on rails or crawler treads;

6. while located for use as a premises;

7. owned by any government, or any of its political subdivisions or agencies.

An *underinsured motor vehicle* does not include a vehicle defined as an *uninsured motor vehicle* in this policy.

"*Uninsured motor vehicle*" means:

1. a *motor vehicle* or *trailer* not insured or bonded for bodily injury and property damage liability at the time of the accident; or

2. a *motor vehicle* or *trailer* insured or bonded for bodily injury and property damage liability at the time of the accident; but

a. the limits of liability are less than required by the financial responsibility act of the state where *your car* is mainly garaged; or

b. the insuring company denies coverage or is or becomes insolvent; or

3. a hit-and-run *motor vehicle* whose owner or driver remains unknown and which strikes:

a. the *insured*; or

b. the vehicle the *insured* is *occupying*

and causes *bodily injury* to the *insured* or property damage.

An *uninsured motor vehicle* does not include any land motor vehicle or *trailer*:

1. insured under the liability coverage of this policy;

2. furnished for the regular use of *you* or *your relatives*;

3. owned or operated by a self-insurer under any *motor vehicle* financial responsibility law, any motor carrier law or any similar law;

4. designed for use mainly off public roads except while on public roads;

5. if operated on rails or crawler treads;

6. while located for use as a premises;

7. owned by any government, or any of its political subdivisions or agencies.

## What is not covered

### There is no coverage:

1. for any *insured* who, without *our* written consent, settles with any *person* or organization who may be liable for the *bodily injury* or property damage.

2. to the extent it benefits:

a. any worker's compensation or disability benefits insurance company;

b. a self-insurer under any worker's compensation or disability benefits or similar law;

c. any governmental body or agency.

3. for *bodily injury* or *property damage* to an *insured*:

a. while *occupying*; or

b. through being struck by:

a self-propelled vehicle owned by *you* or *your relatives* if it is not insured for this coverage.

4. for *bodily injury* or *property damage* to an *insured* while *occupying* a *car* used in preparation for any impromptu, prearranged or organized racing, speed, demolition or stunting contest or activity, or used in the event itself.

5. for *bodily injury* or *property damage* to an *insured* from any nuclear reaction, radiation or radioactive

Exhibit ___4___

Page ___17___ of ___33___ Pages

contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

6. for the payment of punitive or exemplary damages.

## Limits of liability

### Uninsured Motor Vehicle — Coverages J and J1 —
The limits of liability are not increased because more than one *person* or organization may be an *insured*.

When two or more *motor vehicles* are insured under this section, the limits apply separately to each.

Damages, whenever used with respect to Coverage J, include damages for care and loss of services. Damages, whenever used with respect to Coverages J and J1, do not include punitive or exemplary damages.

The limit of liability, Coverage J, stated in the declarations as applicable to "each person" is the limit of *our* liability for all damages and causes of action resulting from this *bodily injury* sustained by one *person* in any one accident. *Bodily injury* to one *person* includes all injury and damages to others resulting from this *bodily injury*. Subject to this "each person" limit, the limit of liability stated in the declarations as applicable to "each accident" is the total limit of *our* liability for all such damages and causes of action for *bodily injury* sustained by two or more *persons* in the same accident. The amount of Coverage J1 is shown on the declarations page as applicable to "each accident."

### Underinsured Motor Vehicle — Coverages S and S1 — The limits of liability are not increased because more than one *person* or organization may be an *insured*.

When two or more *motor vehicles* are insured under this section the limits apply separately to each.

Damages, whenever used with respect to Coverage S, include damages for care and loss of services. Damages, whenever used with respect to Coverages S and S1, do not include punitive or exemplary damages.

The limit of liability, Coverage S, stated in the declarations as applicable to "each person" is the limit of *our* liability for all damages and causes of action resulting from this *bodily injury* sustained by one *person* in any one accident. *Bodily injury* to one *person* includes all injury and damages to others resulting from this *bodily injury*. Subject to this "each person" limit, the limit of liability stated in the declarations as applicable to "each accident" is the total limit of *our* liability for all such damages and causes of action for *bodily injury* sustained by two or more *persons* in the same accident. The amount of Coverage S1 is shown on the declarations page as applicable to "each accident."

### Uninsured Motor Vehicle — Coverages J and J1 and

### Underinsured Motor Vehicle — Coverages S and S1

1. Any amount payable under Uninsured or Underinsured Motor Vehicle coverage shall be reduced by any amount paid or payable to or for the *insured*:

   a. by or for any *person* or organization who is or may be held legally liable for the *bodily injury* or *property damage* to the *insured*;

   b. for *bodily injury* or *property damage* under the liability coverage;

   c. under any worker's compensation, disability benefits or similar law.

2. Any payment made to a *person* under Uninsured or Underinsured Motor Vehicle coverage shall reduce any amount payable to that *person* under the Bodily Injury and Property Damage Liability coverages.

3. Any payment made to a *person* under the Medical Payments coverage will not be paid for again as damages under Uninsured or Underinsured Motor Vehicle coverage. This does not reduce the limits of liability of Uninsured or Underinsured Motor Vehicle coverage.

4. The limits of liability are not increased because:

   a. more than one vehicle is insured under this policy; or

   b. more than one *person* is insured at the time of the accident.

5. If two or more policies issued by *us* to *you* apply to the same accident, the total limit of liability under all such policies shall not exceed that of the policy with the highest limit of liability.

6. When two or more *motor vehicles* are insured under this section the limits apply separately to each.

7. A *car* and an attached *trailer* are considered one *car*. Therefore, the limits are not increased.

8. Any amount payable under Uninsured or Underinsured Motor Vehicle coverage shall be reduced by any amount paid or payable under any uninsured or underinsured motor vehicle coverage that applies to the vehicle in the accident.

## Payment of any amount due
*We* will pay any amount due, other than punitive or exemplary damages, to the *insured* or the *insured's* representative.

## If there is other coverage

Exhibit 4
Page 18 of 33 Pages

**◑ Readable car policy**                                          Page 13

**If there is other uninsured motor vehicle coverage — Coverage J or J1**

1. If the *insured* sustains *bodily injury* as a *pedestrian* and other uninsured motor vehicle coverage issued by *us* or any other insurer applies:

   a. the total limits of liability under all such coverages shall not exceed that of the coverage with the highest limit of liability; and

   b. *we* are liable only for *our* share. *Our* share is that percent of the damages that the limit of liability of this coverage bears to the total of all such uninsured motor vehicle coverage applicable to the accident.

2. If the *insured* sustains *bodily injury* while *occupying your car*, and *your car* is described on the declarations page of another policy issued by *us* or any other insurer providing uninsured motor vehicle coverage:

   a. the total limits of liability under all such coverages shall not exceed that of the coverage with the highest limit of liability; and

   b. we are liable only for **our** share. **Our** share is that percent of the damages that the limit of liability of this coverage bears to the total of all such uninsured motor vehicle coverage applicable to the accident.

3. If the *insured* sustains *bodily injury* while *occupying* a vehicle which is not described on the declarations page of this policy, coverage under this policy applies:

   a. as excess to any uninsured motor vehicle coverage which applies to the vehicle as primary coverage; but

   b. only in the amount by which it exceeds the primary coverage.

   If coverage under more than one policy issued by *us* or any other insurer applies as excess:

   a. the total limits of liability shall not exceed the difference between the limit of liability of the coverage that applies as primary and the highest limit of liability of any one of the coverages that apply as excess; and

   b. *we* are liable only for *our* share. *Our* share is that percent of the damages that the highest limit of liability of any policy issued by *us* bears to the total of all uninsured motor vehicle coverage applicable as excess to the accident.

4. If other uninsured motor vehicle coverage for *property damage* applies, the total limits of liability available from all such coverages shall not exceed that of the coverage with the highest limit of liability. *We* are liable only for *our* share. *Our* share is that percent of

the damages that the limit of liability of this coverage bears to the total of all such uninsured motor vehicle coverage applicable to the property damage.

**If there is other underinsured motor vehicle coverage — Coverage S or S1**

1. If the *insured* sustains *bodily injury* as a *pedestrian* and other underinsured motor vehicle coverage issued by *us* or any other insurer applies:

   a. the total limits of liability under all such coverages shall not exceed that of the coverage with the highest limit of liability; and

   b. *we* are liable only for *our* share. *Our* share is that percent of the damages that the limit of liability of this coverage bears to the total of all such underinsured motor vehicle coverage applicable to the accident.

2. If the *insured* sustains *bodily injury* while *occupying your car*, and *your car* is described on the declarations page of another policy issued by *us* or any other insurer providing underinsured motor vehicle coverage:

   a. the total limits of liability under all such coverages shall not exceed that of the coverage with the highest limit of liability; and

   b. *we* are liable only for *our* share. *Our* share is that percent of the damages that the limit of liability of this coverage bears to the total of all such underinsured motor vehicle coverage applicable to the accident.

3. If the *insured* sustains *bodily injury* while *occupying* a vehicle which is not described on the declarations page of this policy, coverage under this policy applies:

   a. as excess to any underinsured motor vehicle coverage which applies to the vehicle as primary coverage; but

   b. only in the amount by which it exceeds the primary coverage.

   If coverage under more than one policy issued by *us* or any other insurer applies as excess:

   a. the total limits of liability shall not exceed the difference between the limit of liability of the coverage that applies as primary and the highest limit of liability of any one of the coverages that apply as excess; and

   b. *we* are liable only for *our* share. *Our* share is that percent of the damages that the highest limit of liability of any policy issued by *us* bears to the total

Exhibit____4____

Page__19__of _33_ Pages

**O** **Readable car policy**

of all underinsured motor vehicle coverage applicable as excess to the accident.

4. If other underinsured motor vehicle coverage for *property damage* applies, the total limits of liability available from all such coverages shall not exceed that of the coverage with the highest limit of liability. *We* are liable only for *our* share. *Our* share is that percent of the damages that the limit of liability of this coverage bears to the total of all such underinsured motor vehicle coverage applicable to the *property damage*.

### Action against us

There is no action against *us* until 30 days after *we* get the *insured's* notice of accident or loss.

### Our right to recover our payments

*We* are subrogated to the extent of *our* payments to the proceeds of any settlement the injured *person* recovers from any party liable for the *bodily injury* or *property damage*.

If the *person* to or for whom *we* have made payments has not recovered from the party at fault, he or she shall:

1. keep these rights in trust for *us*;

2. execute any legal papers *we* need; and

3. when *we* ask, take action through *our* representative to recover *our* payments.

### Deciding fault and amount

Two questions must be decided by agreement between *you* and *us*:

1. Are *you* entitled to collect damages from the owner or driver of an *underinsured* or *uninsured motor vehicle*; and

2. If so, in what amount?

If there is no agreement to the above questions and both parties agree to arbitration, each party shall select a competent and impartial arbiter. These two shall select a third one. If unable to agree on the third one within 30 days either party may request a judge of a court of record in the county in which arbitration is pending to select a third arbiter. The written decision of any two arbiters shall be binding on each party. Each party shall pay his chosen arbiter, and shall bear the expense equally of the third arbiter and all other expenses of the arbitration. However, attorney fees and fees paid to medical or other expert witnesses are not arbitration expenses, but are to be paid by the party incurring them. The arbitration shall take place in the county in which the *insured* resides unless the parties agree to another place. State court rules governing procedure and admission of evidence shall be used. *We* are not bound by

any judgment against any *person* or organization obtained without *our* written consent.

If either party does not consent to arbitrate these questions, *you* shall:

1. file a lawsuit in the proper court against the owner or driver of the *uninsured* or *underinsured motor vehicle* or if the owner or driver is unknown, against John Doe or such similar designation *your* state has for unknown *persons*; and

2. upon filing, immediately give *us* copies of the summons and complaints filed by *you* in that action; and

3. secure a judgment in that action. The judgment must be the final result of an actual trial and an appeal, if an appeal is taken.

If *you* file suit against the owner or driver of an *uninsured* or *underinsured motor vehicle*, *we* have the right to defend on the issues of the legal liability of and the damages owed by such owner or driver.

Except as provided above:

1. *we* are not bound by any judgment against any *person* or organization obtained without *our* written consent; and

2. *you* shall not enter into any settlement with any *person* or organization legally liable for *your bodily injury* without *our* written consent if the settlement agreement precludes *our* right of recovery against such *person* or organization.

## Section V — Physical damage coverages

### Comprehensive — Coverage D

*You* have this coverage if Coverage D is shown on the declarations page. If a deductible applies, the amount is shown on the declarations page.

*We* will pay for *loss* to *your car* except *loss* by collision but only for the amount of each such *loss* in excess of the deductible amount, if any.

Breakage of glass, or *loss* caused by missiles, falling objects, fire, theft, larceny, explosion, earthquake, windstorm, hail, water, flood, malicious mischief or vandalism, or riot or civil commotion is payable under this coverage. *Loss* due to hitting or being hit by a bird or an animal is payable under this coverage.

### Supplementary Payments — *We* will:

1. repay *you* for transportation costs if *your* entire *car* is stolen. *We* will pay up to $10 per day, but not more

than a total of $300, for the period that begins 48 hours after *you* tell *us* and the police of the theft. The period ends when the *car* is returned to use or *we* offer to pay for *loss*.

2. pay general average and salvage charges for which *you* become legally liable because of *your car* being transported.

## Collision — Coverage E

*You* have this coverage if Coverage E is shown on the declarations page. The deductible amount is shown on the declarations page.

Collision means *your car* hit or was hit by another object or vehicle, and includes upset.

*We* will pay for *loss* to *your car* caused by collision but only for the amount of *loss* that exceeds *your* deductible amount. If the collision is with another motor vehicle insured with *us*, *you* do not pay *your* deductible if it is $100 or less. This waiver of deductible does not apply if the vehicles involved are owned by *you* or a resident of *your* household.

## Clothes and luggage — Comprehensive and Collision coverages

*We* will pay for *loss* to clothes and luggage owned by *you* or *your relatives*. These items must be in or on *your car*. *Your car* must be covered under this policy for:

1. Comprehensive, and the *loss* must be caused by fire, lightning, flood, falling objects, explosion, earthquake, or theft. If the *loss* is due to theft, *your* entire *car* must have been stolen; or

2. Collision, and the *loss* must be caused by collision.

*We* will pay up to $200 for *loss* to clothes and luggage in excess of any deductible amount shown for comprehensive or collision. Two hundred dollars ($200) is the most *we* will pay in any one occurrence even though more than one *person* has a *loss*. This coverage is excess over other collectible insurance.

## Rental car — Repayment of deductible

*We* will repay *you* the difference between *your* Comprehensive or Collision deductible amount and any greater deductible amount *you* are required to pay under a *car* rental agency's Comprehensive or Collision coverage in effect on a rental *car*.

## Limits of liability — Comprehensive and Collision coverages

The limit of *our* liability for *loss* to property or any part of it is the lower of:

1. the *actual cash value*;

2. the *stated amount* shown on the declarations page; or

3. the cost of repair or replacement.

Any deductible amount that applies is then subtracted.

If *your car* is a van, pick-up or recreational vehicle, the most *we* will pay for *loss* to *your* insured vehicle is the lower of:

1. the *actual cash value*; or

2. the *stated amount* shown on the declarations page; or

3. the cost of repair or replacement.

Any deductible amount that applies is then subtracted. If at the time of *loss* the *actual cash value* is greater that the *stated amount* shown on the declarations page, *you* will pay part of the *loss*. *Our* portion of the payments is that percentage that the *actual cash value* bears to the *stated amount* at the time of the *loss*.

## Settlement of loss — Comprehensive and Collision coverage

*We* have the right to settle a *loss* with *you* or the owner of the property in one of the following ways:

1. pay up to the *actual cash value*;

2. repair or replace the property or part with like kind and quality less any depreciation;

3. return the stolen property and pay for any damage due to the theft; or

4. take the property at an agreed value, but it cannot be abandoned to *us*.

When there is *loss* to *your car*, clothes and luggage in the same occurrence, any deductible will be applied first to the *loss* of *your car*. *You* pay only one deductible.

## Emergency Road Service — Coverage I

*You* have this coverage if Coverage I is shown on the declarations page. *We* will pay the fair cost incurred for *your car* up to the limits shown on the declarations page for:

1. mechanical labor at the place of its breakdown;

2. towing to the nearest place where the necessary repairs can be made during regular business hours if it will not run;

3. towing it out if it is stuck or immediately next to a public highway;

4. delivery of gas, oil, loaned battery, or change of tire. *We* do not pay for the cost of these items.

## Rental Reimbursement — Coverage R

*You* have this coverage if Coverage R is shown on the declarations page. *We* will repay *you* up to the amount shown on the declarations page when *you* rent a *car* from a *car* rental agency or garage because of a Comprehensive or Collision type *loss* to *your car* beginning:

Exhibit ___4___

Page ___21___ of ___33___ Pages

1. when it is inoperable due to the *loss*; or

2. if it can run, when *you* leave it at the shop for agreed repairs;

and ending:

1. when it has been repaired or replaced; or

2. when *we* offer a fair cash settlement for the *loss*.

This coverage does not apply in the event *your entire car* is stolen.

### Sound System Coverage — Coverage D1
*You* have this coverage if Coverage D1 is shown on the declarations page.

*We* will pay for *loss* by theft of any:

1. citizens or commercial band radio;

2. transceiver;

3. radio telephone; or

4. radio transmitter

permanently installed in *your car*; and

5. specialized antenna for use with any of the above.

This coverage does not include *loss* by theft of any electronic transmission device wholly or partially designed to prevent radar detection or any other law enforcement detection measures.

The most *we* will pay for any single *loss* is the amount shown on the declarations page.

### Trailer coverage
**Owned** *trailer* — *Your trailer* is covered:

1. when it is described on the declarations page with an applicable premium amount shown; and

2. for coverages shown as applying to it.

### Non-owned trailer or detachable living quarters —
Any Comprehensive or Collision coverage in force on *your car* applies up to $500 for *loss* to a non-owned:

1. *trailer*; or

2. detachable living quarters unit

used by *you* or *your relatives*.

A non-owned *trailer* or detachable living quarters unit is one that is not:

1. owned by;

2. registered in the name of; or

3. furnished or available for the regular or frequent use of *you* or *your relatives*.

### Coverage for the use of other cars

The coverages in this section *you* have on *your car* extend to a *loss* to a *newly acquired car*, a *temporary substitute car* or a *non-owned car*. These coverages extend to a *non-owned car* while it is driven by or in the custody of *you* or *your relative*. Its use has to be within the scope of the consent of the owner or *person* in lawful possession.

### Definitions
"*Actual cash value*" is determined by market value, age and condition at the time the *loss* occurred.

"*Loss*" means each direct and accidental *loss* of or damage to:

1. *your car*;

2. its equipment which is common to the use of *your car* as a vehicle;

3. clothes and luggage insured; and

4. a detachable living quarters attached to or removed from *your car* for storage. Detachable living quarters includes its body and items securely fixed in place as a permanent part of the body. *You* must have told *us* about the living quarters before the *loss* and paid any extra premium.

"*Stated amount*" is the dollar value shown by the model type on the declarations page.

### When Coverages D, D1, E, I and R do not apply
There is no coverage under Coverages D, D1, E, I and R for:

1. a *non-owned car*:

   a. while being repaired, serviced or used by any *person* while that *person* is working in any *car business*; or

   b. while used in any other business or occupation. This does not apply to a *private passenger car* driven or *occupied* by *you* or *your relatives*.

2. *loss* to any vehicle:

   a. while rented to others or used to carry *persons* for a charge. This does not apply to the use of *your car* on a share expense basis.

   b. while subject to any lien, lease or sales agreement not shown on the declarations page or on file with *us*.

   c. while in the care of others for the purpose of performing a service.

   d. due to taking by governmental authority.

   e. due to war of any kind.

   f. due to nuclear reaction, radiation or radioactive contamination, all whether controlled or

Exhibit 4
Page 22 of 33 Pages

uncontrolled or however caused, or any consequence of any of these.

g. used in preparation for any impromptu, prearranged, or organized racing, speed, demolition or stunting contest or activity, or used in the event itself.

3. the cost of towing, transportation or salvage operations of *your car* while within the Republic of Mexico.

**There is no coverage under Coverages D, E and R for:**

1. *loss* to any vehicle due to:

   a. wear and tear, freezing, mechanical or electrical breakdown or failure. This does not apply when the *loss* is the result of a theft covered by this policy. Nor does it apply to emergency road service.

   b. conversion, embezzlement or secretion by any *person* who has the vehicle due to any lien, rental or sales agreement.

2. *loss* to tires unless:

   a. stolen, or damaged by fire or vandalism; or

   b. other *loss* covered by this section happens at the same time.

3. *loss* to tapes and discs for recording or reproducing sound.

4. *loss* by theft of any electronic receiving, recording or playback device. This does not apply to a radio, tape recorder or player or any combination thereof if it is permanently installed. Slide mounts or like devices are not considered to be permanent installations.

5. *loss* by theft of any citizens band radio, ham radio, radio telephone or any other electronic transmission device.

6. *loss* to any speakers if they are not permanently installed.

**If there is other coverage**

If there is other insurance covering the *loss* at the time of the accident, *we* will pay only *our* share of any damages. *Our* share is determined by adding the limits of this insurance to the limits of all other insurance that applied on the same basis and finding the percentage of the total that *our* limits represent.

When this insurance covers a *temporary substitute car* or *non-owned car*, *we* will pay only after all other collectible insurance has been exhausted.

When this insurance covers a *newly acquired car*, this policy won't apply if *you* have other collectible insurance.

When more than one coverage is applicable to the *loss*, *you* may recover under the broadest coverage but not both.

**No benefit to bailee**

These coverages shall not benefit any carrier or other bailee for hire liable for the *loss*.

**Action against us**

There is no action against *us* until 30 days after *we* get the *insured's* notice of accident or *loss*.

**Our right to recover our payments**

The right of recovery of any party *we* pay passes to *us*. Such party shall:

1. not hurt *our* rights to recover; and

2. help *us* get *our* money back.

**Appraisal**

If an agreement cannot be reached regarding the amount of *loss*, then either *you* or *we* may demand that the amount be determined by appraisal. The written demand must be made within 60 days after *we* receive proof of *loss*.

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, *you* or *we* can ask a judge of a court of record in the state where the appraisal is pending to select an umpire.

The appraisers will then determine the amount of the damage stating separately, in detail, the *actual cash value* at the time of *loss* and amount of loss. If the appraisers submit a written report of any agreement to *us*, the amount agreed upon will be the amount of the damage or value. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of *loss*. Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by *you* and *us*.

**Two or more vehicles**

If two or more of *your cars* are insured for the same coverage, the coverage applies separately to each.

In witness whereof, we have caused this policy to be signed by our Secretary and our President at Springfield, Illinois, and, if required by state law, this policy shall not be binding unless countersigned by an authorized agent of ours.

Exhibit ___4___

Page _23_ of _33_ Pages

**○ Readable car policy**                                              Page 18

Ann M. Caparrós
Corporate Secretary

Louis G. Lower II
President

Exhibit 4
Page 24 of 33 Pages

## ● Endorsements

### Readable car policy amendatory endorsement — Alaska
### CC-N01AK2 (8/01)

All these provisions amend **your** "Readable car policy."

## Defined words

The first paragraph is replaced by the following:

**We** define some words used in the policy. This makes it easier to read and understand. Defined words are printed in bold face or bold face italics.

The definition of "**Newly acquired car**" is amended as follows:

Number 4. is replaced by the following:

 4. provide **us** with the necessary completed application within 30 days from the date the **car** is delivered to **you**.

## Insuring agreements

### Cancellation

The cancellation section is replaced by the following:

**How you may cancel — You** may cancel **your** policy by written notice mailed or delivered to **us**. The notice must give **us** the date to cancel, which must be later than the date **you** mail or deliver it to **us**.

### How and when we may cancel
#### Section I

If **we** cancel this insurance during the first 60 days following the effective date, and this is not a renewal policy, **we** may cancel for any reason.

**We** cannot cancel this insurance after the first 60 days unless:

 1. **you** fail to pay the premium when due;

 2. the driver's license of:

   a. **you**;

   b. **your relative**; or

   c. any other **person** who usually drives **your car**

   was under suspension or revocation in the 180 days prior to the renewal date;

 3. **you** misrepresent a material fact to **us**; or

 4. **you** defraud **us**.

 5. **we** discover a grossly negligent act or omission by **you** that substantially increases the hazards insured against;

 6. there are physical changes in the insured property that result in the property becoming uninsurable; or

 7. **you** are convicted of a crime having as one of its necessary elements an act increasing a hazard insured against.

**We** may cancel **your** policy by written notice mailed to **your** last known address. The notice shall give the date cancellation is effective. It will be mailed to **you** at least:

 1. 20 days before the cancellation effective date if the cancellation is because **you** did not pay the premium; or

 2. 10 days before the cancellation effective date if the cancellation is for reasons: 2, 3, 4 or 7 (above);

 3. 30 days before the cancellation date if the cancellation is for any other reason.

Proof of mailing will be sufficient proof of notice.

#### Section II

If **you** are 70 years of age or older, and **you** have made a written request for **us** to do so, **we** will mail to **your** designee notification of cancellation the same as **we** mail to **you** as in Section I. **We** will send **you** a notice regarding this annually.

### Return of unearned premium — If **you** cancel,
**we** will return any unearned premium to **you** or the finance company, less a cancellation fee of not more than 7.5 percent of the unearned premium. If **we** cancel, **we** will return any unearned premium to **you** or the finance company on a pro rata basis.

Any unearned premium may be returned at the time **we** cancel or within 30 days thereafter. Delay in the return of unearned premium does not affect the cancellation. If **we** cancel, any unearned premium will be returned by the date of cancellation. However, unearned premium will be returned within 45 days of the date of the notice of cancellation if **we** cancelled for the following:

 1. **you** fail to pay the premium when due;

 2. **you** misrepresent a material fact to **us**; or

 3. **you** defraud **us**.

 4. **you** are convicted of a crime having as one of its necessary elements an act increasing a hazard insured against;

 5. failure or refusal of the **insured** to provide the information necessary to confirm exposure or necessary to determine the policy premium; or

 6. the driver's license of:

   a. **you**;

   b. **your relative**; or

Exhibit ___4___

Page _25_ of _33_ Pages

## ❶ Endorsements

c. any other person who usually drives your car was under suspension or revocation in the 180 days prior to the renewal date.

## Section I - Liability coverages

### Additional payments

Number 1. is replaced by the following:

1. limited attorney's fees charged against an *insured* in any suit *we* defend in Alaska. "Limited attorney's fees" means that portion of the attorney's fees that *we* may be liable for as costs, which does not exceed the amount allowed for in Alaska Civil Rule 82, subject to the applicable limit of insurance. This is the most *we* will pay regardless of the number of *persons* insured, or the number of vehicles or premiums shown on the declarations page.

The attorney's fees provided by Alaska Civil Rule 82 are as follows:

|       |           | Contested with trial | Contested without trial | Non-contested |
|-------|-----------|----------------------|-------------------------|---------------|
| first | $25,000   | 20%                  | 18%                     | 10%           |
| next  | $75,000   | 10%                  | 8%                      | 3%            |
| next  | $400,000  | 10%                  | 6%                      | 2%            |
| over  | $500,000  | 10%                  | 2%                      | 1%            |

This schedule sets attorney's fees as a percentage of the amount of judgment or claim settlement against *you*.

However, *we* will not pay attorney's fees on any amount of judgment or claim settlement against *you* in excess of:

a. the amount of liability coverage stated on *your* declarations page for *your car*; or

b. the highest limit of liability coverage on any policy issued by *us* to *you* if the *insured* is operating a *non-owned car*.

THIS MEANS YOU WOULD HAVE TO PAY ANY SUCH EXCESS FEES DIRECTLY.

For example, in a contested with trial case, if a court awards a judgment against *you* for $100,000, under Civil Rule 82, *you* would be liable for the judgment amount *and* attorney's fees of $12,500, calculated as follows:

20% of $ 25,000    $ 5,000
10% of $ 75,000    $ 7,500
Total: $ 100,000   $12,500

If *you* had policy limits of $50,000, *we* would pay $50,000 of the $100,000 judgment and $7,500 of the Civil Rule 82 fees, calculated as follows:

20% of $ 25,000    $ 5,000
10% of $ 25,000    $ 2,500
Total: $ 50,000    $ 7,500

*You* would be directly liable for the remaining $50,000 plus $5,000 attorney's fees.

If there is other applicable attorney's fee coverage, *we* will pay only *our* share. *Our* share is the proportion that *our* limit of liability bears to the total of all applicable limits.

Number 2. is replaced by the following:

2. interest on all damages owed by an *insured* as the result of a judgment until *we* pay, offer or deposit in court the amount due under this coverage. Prejudgment interest is not in addition to the policy limits shown on the declarations page.

### What is not covered

**There is no coverage;**
Under this provision, exclusion 2d is deleted.

## Section IV — Uninsured and underinsured motor vehicle

### Definitions

The following is added to the definition of "*uninsured motor vehicle*:"

4. a *motor vehicle*, the ownership, maintenance or use of which is insured for bodily injury liability, but the sum of the limits of liability of all bodily injury liability bonds and insurance policies available to the injured *person* after an accident is less than the damages which the injured *person* is legally entitled to.

### If there is other coverage

**If there is other uninsured motor vehicle coverage — Coverage J or J1 —**
Number 5. is added:

5. If *you* are entitled to uninsured or underinsured motor vehicle coverage under more than one car policy issued by *us*, *our* maximum amount payable may be limited to the highest limit of any one coverage under the policies. If a *person* is entitled to uninsured or underinsured motor vehicle coverage under more than one policy providing motor vehicle liability coverage, payments will be made in the following order of priority, subject to the limit of liability of each applicable policy or coverage:

Exhibit  4
Page  26 of 33  Pages

## ◑ Endorsements

a. a policy or coverage covering a *motor vehicle occupied* by the injured *person*, or a policy or coverage covering *you* as a *pedestrian*;

b. a policy or coverage covering a *motor vehicle occupied* by the injured *person* as an insured, other than *you*;

c. a policy or coverage not covering a *motor vehicle occupied* by the injured *person* but covering the injured *person*, if *you* are the injured *person*;

d. a policy or coverage not covering a *motor vehicle occupied* by the injured *person* but covering the injured *person* as an insured, other than *you*;

e. a policy or coverage covering, as excess, umbrella, or similar insurance, a *motor vehicle occupied* by the injured *person*, or a policy or coverage covering as excess, umbrella, or similar insurance, *you* as a *pedestrian*;

f. a policy or coverage covering, as excess, umbrella, or similar insurance, a *motor vehicle occupied* by the injured *person* or a policy or coverage covering, as excess, umbrella, or similar insurance, a *pedestrian* as an insured, other than *you*;

g. a policy or coverage not covering a *motor vehicle occupied* by the injured *person* but covering as excess, umbrella, or similar insurance, the injured *person*, if *you* are the injured *person*; or

h. a policy or coverage not covering a *motor vehicle occupied* by the injured *person* but covering, as excess, umbrella, or similar insurance, the injured *person* as an insured, other than *you*.

## Section V — Physical damage coverages

### Appraisal

If an agreement cannot be reached regarding the amount of loss, then either you or we may make a written demand that the amount be determined by appraisal.

Within 10 days of receipt of the written demand, each will select a competent, independent appraiser and notify the other of the appraiser's identity. The two appraisers will promptly select a competent, impartial umpire.

Not later than 15 days after the umpire has been chosen, unless this time period is extended by the umpire, each appraiser will separately state, in writing and in detail, the *actual cash value* at the time of *loss* and the amount of *loss*. If the appraisers submit a written report of an agreement on the *actual cash value* and the amount of *loss*, that amount will be binding. If the appraisers fail to agree as to the *actual cash value* and amount of *loss*, they

will promptly submit their differences to the umpire. A decision agreed to in writing by one of the appraisers and the umpire will be binding as to the *actual cash value* and the amount of *loss*.

Each party will:

1. pay its own counsel and adjuster fees; and

2. pay those other expenses and fees incurred because of the appraisal, either in entirety or proportionately, as determined by the umpire.

If *we* submit to an appraisal, *we* still retain *our* right to deny the claim.

Exhibit  4

Page  27 of 33 Pages

## ◘ Endorsements

**Readable car policy**
**Bodily injury liability/Property damage**
**liability amendatory endorsement**
**CC-N01006 (1/98)**

All these provisions amend **your** "Readable car policy."

Amend **Section I — Liability coverages** and any applicable endorsements of **your** Readable car policy as follows:

Delete the entire provision entitled "Bodily Injury Liability — Coverage A, Property Damage Liability — Coverage B" and replace it with:

**Bodily Injury Liability — Coverage A**
**Property Damage Liability — Coverage B**
**You** have these coverages if Coverages A and B are shown on the declarations page.

**We** will:

1. pay damages which an **insured** becomes legally liable to pay because of:

   a. **bodily injury** to others; and/or

   b. damage to or destruction of property including loss of its use,

   caused by or resulting from the ownership, maintenance or use of **your car**; and

2. defend any suit against an **insured** for such damages with attorneys hired and paid by **us**. **We** will not defend any suit after **we** have paid the applicable limit of **our** liability.

Exhibit___4___
Page___28__ of _33_ Pages

## ⦿ Endorsements

### Sponsorship benefits endorsement
### CC-N06017 (6/97)

If CC-N06017 prints on your declarations, this endorsement amends your "Readable car policy."

### Defined words

The following definitions are added:

*"New car"* means a *car* purchased by *you* which has had no previous owner other than the manufacturer or a dealership and which at the time *you* took possession had an odometer reading of less than 500.

*"Sponsoring association"* means a state education association which has reviewed *our* auto insurance program and has notified its members that it is formally recommending *our* program to them for consideration. Such a recommendation is not the result of the payment of any consideration by *us*.

### Insuring agreements

The following provision is added after the "Cancellation" provision:

#### Survivor's waiver of premium

If *you* are classified as a principal operator of the *car* insured by this policy, *we* agree to pay the first renewal premium due under this policy following *your* accidental death. *Our* limit of liability is the renewal premium required for the coverages provided by the policy in force at the time of *your* death. Payment will be made upon receipt of proof of *your* accidental death.

### Section III — Accidental death, dismemberment and loss of sight

#### Limits of liability

Under "Limits of liability," the following paragraphs are added:

**Business benefit** — *We* will increase the applicable per *person* and aggregate limits by $5,000 if a covered *loss* or death is sustained by an *insured* while using the *car* insured by this policy:

1. on business of the *sponsoring association*;
2. while traveling to or from school; or
3. while transporting students to or from a school-sponsored function, unless such transporting is being done on a livery or fee-for-service basis.

Seat belt benefit — *We* will increase the per *person* and aggregate death benefit provided to the *insured* by $5,000 if the *insured's* death results from a covered *loss* while the *insured* is wearing a seat belt.

### Section V — Physical damage coverages

#### Comprehensive — Coverage D

Under "Comprehensive — Coverage D," the following paragraph is added:

If this coverage has a deductible, the deductible is reduced to $25 for a covered *loss* which results from malicious mischief or vandalism that occurs on school property, and which is reported to the police.

The following coverages are added:

#### Replacement or repair for damage to your auto coverage

Under "Limits of liability — Comprehensive and Collision Coverages," the first paragraph is replaced by the following:

The most *we* will pay for the *loss* to *your car* will be the lesser of the:

1. Reasonable cost of repair with parts of like kind and quality; or
2. Cost of a *new car* which is of similar make, model, body type and year.

*We* reserve the right to select the method *we* use to settle a claim by either repairing the damaged *car*, replacing the damaged *car*, or by paying for the *loss* in money.

*We* will not replace a *car* which:

1. is more than 1 year old. The age of the *car* shall be determined by comparing the date *you* purchased the *car* and the date of *loss*;
2. has an odometer reading of over 40,000 miles at the time of the *loss*;
3. is not a *new car*;
4. *you* own or acquire during the policy period not shown on the declaration page unless it is a *newly acquired car*; or
5. *you* do not own.

#### Educational function travel emergency coverage

If *your car* has a *loss* covered by Section V of this policy, *we* will reimburse *you* up to $250 for reasonable expenses for:

1. temporary housing in a hotel or motel;

Exhibit ____4____

Page __29__ of __33__ Pages

## ○ Endorsements

    2. costs *you* incur for transportation to return home;
    and

    3. meals and telephone calls.

This coverage applies only if:

    1. *your car* cannot be driven safely, and

    2. the *loss* occurs 100 or more miles from *your* home,
    and

    3. the *loss* to *your car* is covered by this policy, and

    4. *you* are on *business* of the *sponsoring association*, or

    5. *you* are transporting students to or from a school
    sponsored function unless such function is being
    done on a livery or a fee-for-service basis, or

    6. *you* are traveling to or from a conference or seminar
    sanctioned by an educational association.

Exhibit 4

Page 30 of 33 Pages

## ● Endorsements

### Transportation of students
### CC-N01003(5/95)

*We* provide coverage for *you* up to the limits of liability set forth in the policy declarations page while *you* are transporting students to and from school activities in a vehicle insured under **Section I—Liability coverages.**

*We* do not provide coverage if this transportation is provided for a fee other than reasonable mileage or expense reimbursement, nor do *we* provide coverage if this transportation is done in the course and scope of *your* employment on a regular basis, such as driving a regularly established bus route.

All other terms and conditions of the policy apply, including **If there is other coverage** under **Section I—Liability coverages.**

Exhibit__4__
Page__31__of__33__Pages

## ◑ Endorsements

**Bodily Injury Liability Coverage
amendatory endorsement — Alaska
CC-V01AK3 (Jul. 99)**

This endorsement amends **your** motor vehicle
policy.

## Section I — Liability coverages

**What is not covered**

The following replaces Exclusion 2.d.:

   2. d. to **you** or **your relatives** for damages above the
       minimum financial responsibility limits.

Exhibit 4
Page 32 of 33 Pages

## O Endorsements

### Loss payable clause
#### CC-V06015

*We* agree that *loss* or damage under this policy shall be paid to *you* and the loss payee shown in the Declarations as interest may appear.

The insurance covering the interest of the loss payee shall apply except if invalidated by *your* fraudulent acts or omissions. But, *we* have the right to cancel this policy as provided by its terms and the cancellation shall terminate this agreement with respect to the loss payee's interest. When *we* cancel, *we* will give the same advance notice of cancellation to the loss payee as *we* give to the policyholder shown in the Declarations.

When *we* pay the loss payee *we* are entitled to the extent of the payment, to the loss payee's rights of recovery.

Exhibit 4
Page 33 of 33 Pages