Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112

(907) 258-8864
(907) 258-8865 (fax)
E-Mail: barry@chklaw.net

Attorneys for Horace Mann Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HORACE MANN INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> COLLEEN HILDEBRANDT and GREGORY HILDEBRANDT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06-cv-162 |

### RULE 4(l) PROOF OF SERVICE

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

Melissa M. Phillips, being first duly sworn, deposes and states as follows:

1. I am employed with the law offices of Call, Hanson, & Kell, P.C.,

PROOF OF SERVICE
*Horace Mann v. Hildebrandt*
Case No. 3:06-cv-162

Page 1

attorneys for plaintiff, Horace Mann Insurance Co., in the above-captioned action.

2.  On August 31, 2006, a copy of the Summons directed to Gregory Hildebrandt and Complaint of Declaratory Judgment was served via restricted mail number 7005 1820 0000 1057 6097 on Gregory Hildebrandt, please see Exhibit A attached hereto.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED: 9·18·06

_Melissa M. Phillips_
Melissa M. Phillips

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, the date and year first hereinabove written.

_____
Notary Public in and for Alaska
My Commission Expires: 11/11/08

STATE OF ALASKA
NOTARY PUBLIC
Blake Harlow Call
My Commission Expires Nov 11, 2008

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

PROOF OF SERVICE
*Horace Mann v. Hildebrandt*
Case No. 3:06-cv-162