| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cullen Hildebrand_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 8-31 |
| 1. Article Addressed to:<br><br>Gregory Hildebrandt<br>4441 Panther Drive<br>Eagle River, AK<br>99577 | D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0000 1057 6097 |
| PS Form 3811, February 2004 | Domestic Return Receipt      102595-02-M-1540 |

Exhibit A
Page 1 of 1 Pages