2

~H-M-5456039680 X50AKDECLARATIONS CERTIFIED
20011218;151156
KY: A5456039680 CO: 08 DOC: X50 INFO:           RL: X011218G FR: 2306.1

Teachers Insurance Company        Amended Declarations

P.O. Box 4506                     Readable Car Policy No. 54-56039680

Springfield, IL 62708-4506        12/18/2001                    DO
                                  HOME OFFICE COPY

Continuous Renewal Policy    Classification    9321         8-01999
Effective        Expires     Term (months)     06    Territory    11
09/25/2001 to    03/25/2002  Inexperience      0     Symbol       J0
12:01 AM standard time       Acc/Viol points   02/00 Kind         J
         Year Make Model
Vehicle 2000 LEXS RX 300$37568    Ident No.    JT6HF10U0Y0131717
                                  Agent: 7790        BELISLE, KENNON J
                                                     5700 OLD SEWARD
HWY
         HILDEBRANDT, GREGORY R                      #205
         &/OR HILDEBRANDT, COLLEEN M                 ANCHORAGE, AK
         PO BOX 770230                               99518
         EAGLE RIVER, AK  99577-0230                 Phone:907-562-9922
                                                     Loss     CREDIT
UNION ONE                                            Payee: PO BOX
101859
     Coverage is provided subject to the terms of the policy.   ANCHORAGE
AK 99510

Coverage                          Limit of Liability
Premium
A  Bodily Injury Liability        Each Person      $250,000
                                  Each Occurrence  $500,000
B  Property Damage Liability      Each Occurrence  $100,000
C  Medical Payments               Each Person      $5,000
D  Comprehensive                  Actual Cash Value/ $100 Deductible
F  Collision                      Actual Cash Value/ $500 Deductible
J  Uninsured Motor Vehicle -      Each Person      $100,000

Page 1

Exhibit 1
Page 1 of 3 Pages

2

|  |  |  |
|---|---|---|
| Bodily Injury | Each Accident | $300,000 |
| J1 Uninsured Motor Vehicle - Property Damage | Each Accident | $25,000 |
|  | $250 Deductible |  |
| R Rental Reimbursement | Each Day | $20 |
|  | Aggregate | $400 |

To report a claim or for Customer Service call 1-800-999-1030 or check our Web site www.horacemann.com.

****************

LISTED DRIVER(S):   HILDEBRANDT, GREGORY R          (CLASSED DRIVER)
                    HILDEBRANDT, COLLEEN M

****************

Policy form and endorsements applicable:  CC-N00007 Readable Car Policy

CC-N01AK2 Readable Car Policy Amendatory Endorsement

CC-N01006 Bodily Injury Liability/Property Damage Liability Amendatory Endorsement

CC-N00017 Sponsorship Benefits Endorsement

CC-N01003 Transportation of Students Endorsement

CC-V01AK3 Bodily Injury Liability Coverage Amendatory Endorsement - Alaska

CC-V06015 Loss Payable Clause

****************

This declarations reflects the current policy data and inforce coverages.

****************

Your premium is based on the following.  If not correct, please contact your agent.

Vehicle is driven to work or school.

Multi-Car Discount applies.

Air Bag Discount applies.

Claim Free Discount Applies.

Persistency Discount Applies.

5% Home & Auto Discount applies.

A 10.0% Education Association Member Credit applies to each applicable coverage on your policy:

Page 2

Exhibit 1
Page 2 of 3 Pages

Bodily Injury, Property Damage, Comprehensive and Collision premiums.[2]

Entered by operator: KB