```
-H-M-5456039690 X50AKDECLARATIONS CERTIFIED
         20030915
KY: A5456039690 CO: 08 DOC: X50 INFO:            RL: X030915F FR: 0758.1
```

| | |
|---|---|
| Teachers Insurance Company | Amended Declarations |
| P.O. Box 4506 | Readable Car Policy No. 54-56039690 |
| Springfield, IL 62708-4506 | 09/15/2003                    DO |
| | HOME OFFICE COPY |

Continuous Renewal Policy      Classification     1221          8-01999

| Effective | Expires | Term (months) | 06 | Territory | 11 |
|---|---|---|---|---|---|
| 09/25/2001 to | 03/25/2002 | Inexperience | 0 | Symbol | G0 |
| 12:01 AM standard time | | Acc/Viol points | 00/00 | Kind | J |

Year Make Model

Vehicle 2003 VLKS PASSAT$27000      Ident No.    WVWPD63B13P399046

Agent: 7790            BELISLE, KENNON J

HWY                                                  5700 OLD SEWARD
     HILDEBRANDT, GREGORY R                          #205
     &/OR HILDEBRANDT, COLLEEN M                     ANCHORAGE, AK
     4441 PANTHER DR                                 99518
     EAGLE RIVER, AK  99577-9730                     Phone:907-562-9922

CREDIT IN                                            LOSS     VOLKSWAGEN
650301                                               Payee: PO BOX
    Coverage is provided subject to the terms of the policy.     COCKEYSVIL
MD 21065

Coverage                              Limit of Liability
Premium
A  Bodily Injury Liability            Each Person       $250,000
                                      Each Occurrence   $500,000

B  Property Damage Liability          Each Occurrence   $100,000
C  Medical Payments                   Each Person       $5,000
D  Comprehensive                      Actual Cash Value/ $100 Deductible
E  Collision                          Actual Cash Value/ $500 Deductible
J  Uninsured Motor Vehicle -          Each Person       $100,000
   Bodily Injury                      Each Accident     $300,000
J1 Uninsured Motor Vehicle -          Each Accident     $25,000

Page 1

Exhibit  2
Page  1  of  2  Pages

1

| | | |
|---|---|---|
| Property Damage | $250 Deductible | |
| R Rental Reimbursement | Each Day | $20 |
| | Aggregate | $400 |

To report a claim, obtain information, or solve a problem: call 1-800-999-1030 or check our Web Site www.horacemann.com.

*******************

LISTED DRIVER(S):   HILDEBRANDT, COLLEEN M         (CLASSED DRIVER)
                   HILDEBRANDT, GREGORY R
                   HILDEBRANDT, LOREN P

*******************

Policy form and endorsements applicable:   CC-N00007 Readable Car Policy
CC-N01AK2 Readable Car Policy Amendatory Endorsement
CC-N01006 Bodily Injury Liability/Property Damage Liability Amendatory Endorsement
CC-N06017 Sponsorship Benefits Endorsement
CC-N01003 Transportation of Students Endorsement
CC-V01AK3 Bodily Injury Liability Coverage Amendatory Endorsement - Alaska
CC-V06015 Loss Payable Clause

*******************

This declarations reflects the current policy data and inforce coverages.

*******************

Rating Information:                  If not correct, please contact your agent.
Vehicle is driven to work or school.
Multi-Car Discount applies.
Air Bag Discount applies.
Claim Free Discount Applies.
Persistency Discount Applies.
5% Home & Auto Discount applies.

A 10.0% Education Association Member Credit applies to each applicable coverage on your policy:

-Continued-

Page 2

Exhibit 2
Page 2 of 2 Pages