3

~H-M-5463014470 X50AKDECLARATIONS CERTIFIED
    20020228:13803
KY: A5463014470 CO: 08 DDC: X50 INFO:        RL: X020228H FR: 0171.1

Teachers Insurance Company          Amended Declarations

P.O. Box 4506                       Readable Car Policy No. 54-63014470
Springfield, IL 62708-4506          02/28/2002                    DO
                                    HOME OFFICE COPY

Continuous Renewal Policy    Classification    8724           8-01999
.....Effective       Expires    Term (months).........06    Territory   11
11/01/2001 to 05/01/2002       Inexperience           0     Symbol      r0
12:01 AM standard time         Acc/Viol points    00/00     Kind        J
       Year Make Model
Vehicle 1996 TYTA AVLNXL$16100    Ident No.     4T1BF12B9TU090379
                                  Agent: 7790    BELISLE, KENNON J
                                                 5700 OLD SEWARD
HWY                                              #205
       HILDEBRANDT, GREGORY R                    ANCHORAGE, AK
       PO BOX 770230                             99518
       EAGLE RIVER, AK  99577-0230               Phone:907-562-9922
                                                 Loss    CREDIT
UNION ONE                                        Payee: PO BOX
101852
     Coverage is provided subject to the terms of the policy.   ANCHORAGE
AK 99510

       Coverage                    Limit of Liability
       Premium
    A  Bodily Injury Liability     Each Person      $250,000
                                   Each Occurrence  $500,000

    B  Property Damage Liability   Each Occurrence  $100,000
    C  Medical Payments            Each Person      $5,000
    D  Comprehensive               Actual Cash Value/ $100 Deductible
    E  Collision                   Actual Cash Value/ $500 Deductible
    J  Emergency Road Service      Each Disablement    $60
                               Page 1

Exhibit  3
Page  1  of  3  Pages

3

| | | |
|---|---|---|
| J Uninsured Motor Vehicle - Bodily Injury | Each Person | $100,000 |
| | Each Accident | $300,000 |
| JL Uninsured Motor Vehicle - Property Damage | Each Accident | $25,000 |
| | $250 Deductible | |
| K Rental Reimbursement | Each Day | $20 |
| | Aggregate | $400 |

To report a claim, obtain information, or solve a problem: call 1-800-999-1030 or check our web site www.horacemann.com.

****************

To report a road service claim, forward the original bill and policy number to the following address:

P. O. Box 19223

Springfield, IL  62794-9223

****************

LISTED DRIVER(S):    HILDEBRANDT, LOREN P          (CLASSED DRIVER)

HILDEBRANDT, GREGORY R

HILDEBRANDT, COLLEEN M

****************

Policy form and endorsements applicable:  CC-N00007 Readable Car Policy

CC-N01AK2 Readable Car Policy Amendatory Endorsement

CC-N01006 Bodily Injury Liability/Property Damage Liability Amendatory Endorsement

CC-N06017 Sponsorship Benefits Endorsement

CC-N01003 Transportation of Students Endorsement

CC-V01AK3 Bodily Injury Liability Coverage Amendatory Endorsement - Alaska

CC-V06015 Loss Payable Clause

****************

This declarations reflects the current policy data and inforce coverages.

****************

Your premium is based on the following.  If not correct, please contact your agent.

Page 2

Exhibit 3

Page 2 of 3 Pages

Vehicle is driven to work or school. [3]

-Continued-

Exhibit 3
Page 3 of 3 Pages