Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112

(907) 258-8864
(907) 258-8865 (fax)
E-Mail: barry@chklaw.net

Attorneys for Horace Mann Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HORACE MANN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| COLLEEN HILDEBRANDT and GREGORY HILDEBRANDT, | ) ) ) ) |
| Defendants. | ) ) |

Case No. 3:06-cv-162

### RULE 4(l) PROOF OF SERVICE

STATE OF ALASKA           )
                                            ) ss.
THIRD JUDICIAL DISTRICT )

Melissa M. Phillips, being first duly sworn, deposes and states as follows:

1. I am employed with the law offices of Call, Hanson, & Kell, P.C.,

PROOF OF SERVICE
*Horace Mann v. Hildebrandt*
Case No. 3:06-cv-162

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

attorneys for plaintiff, Horace Mann Insurance Co., in the above-captioned action.

2. On September 29, 2006, a copy of the Summons directed to Gregory Hildebrandt and First Amended Complaint of Declaratory Judgment was served via restricted mail number 7005 1820 0000 1057 5687 on Gregory Hildebrandt, please see Exhibit A attached hereto.

3. On September 29, 2006, a copy of the Summons directed to Colleen Hildebrandt and First Amended Complaint of Declaratory Judgment was served via restricted mail number 7005 1820 0000 1057 5670 on Gregory Hildebrandt, please see Exhibit B attached hereto.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED: 10·3·06

_____
Melissa M. Phillips

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, the date and year first hereinabove written.

_____
Notary Public in and for Alaska
My Commission Expires: 11/11/2008


STATE OF ALASKA
NOTARY PUBLIC
Mona J. Schultz
My Commission Expires Nov 11, 2008

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

PROOF OF SERVICE
*Horace Mann v. Hildebrandt*
Case No. 3:06-cv-162