UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 HORACE MANN INSURANCE COMPANY    v.    COLLEEN HILDEBRANT, et al. 

THE HONORABLE TIMOTHY M. BURGESS

D<small>EPUTY</small> C<small>LERK</small>                                    CASE NO.   3:06-cv-00162-TMB 

 Patty Demeter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: November 21, 2006

**Plaintiff is required to take action as to:**

| Complaint | Amended Complaint | Third Party Complaint | Complaint In Intervention |
|---|---|---|---|
| [XX] | [ ] | [ ] | [ ] |

|  |  |
|---|---|
|  | Failure to Serve. Proof of service as to one or more defendants is lacking. File proofs of service on those defendants already served. Proceed to serve any other defendants so as to comply with Rule 4(m), Federal Rules of Civil Procedure. |
|  | Case Not at Issue. An answer has not been filed by one or more defendants served in this case. Where the time to answer has expired, require an answer immediately or apply for default within 20 days from the date of this minute order. |
|  | Dismissal for Failure to Serve (Warning!). Proof of service is lacking as to defendant(s) named below. Any defendant as to whom a proof of service is not on file by 120 days from the filing of the complaint will be dismissed. Rule 4(m), Federal Rules of Civil Procedure. Defendant(s): |
| XX | Dismissal for Failure to Take Action (Warning!). An answer has not been filed by nor default taken as to defendant(s) named below. Defendant(s) as to whom the case is not at issue on or before December 4, 2006, will be dismissed for lack of prosecution. Defendant(s): **Colleen Hildebrant, Gregory Hildebrant** |
|  | Case Dismissed. For failure to __ make service or _ failure to take a default or require an answer, this case is dismissed without prejudice as to defendant(s): |

Plaintiff Required to Take Action
[]{ID1.WPD*Rev.09/02}