Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112

(907) 258-8864
(907) 258-8865 (fax)
E-Mail: barry@chklaw.net

Attorneys for Horace Mann Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HORACE MANN INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>vs.<br><br>COLLEEN HILDEBRANDT and GREGORY HILDEBRANDT,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-162 |

**RESPONSE TO NOTICE OF DISMISSAL**

Plaintiff Horace Mann Insurance Company ("Horace Mann"), through counsel Call, Hanson & Kell, P.C., hereby files this response the court's Notice of Dismissal for Failure to Prosecute dated November 21, 2006.

Since filing this declaratory judgment action, counsel for Horace Mann has been in communication with counsel for the defendants, Sidney

K. Billingslea. Ms. Billingslea represented the Hildebrandts in the insurance arbitration proceeding that resulted in the filing of this lawsuit. The parties have resolved some of the matters at issue in this case, and appear to be very close to a resolution of all issues.

Accordingly, Horace Mann and its undersigned counsel respectfully request that the court extend the deadline for defendants to appear and answer by two weeks, through and including December 18, 2006. Such an extension would foster the ongoing settlement discussions by allowing the Hildebrandts to avoid incurring additional attorney's fees associated with the preparation and filing of an answer on their behalf.

CALL, HANSON & KELL, P.C.
Attorneys for Plaintiff Horace Mann
Insurance Company

Dated: December 4, 2006

s/Barry J. Kell
250 H Street
Anchorage, AK  99501
Phone:  (907) 258-8864
Fax: (907) 258-8865
E-mail: barry@chklaw.net
ABA No. 8611120

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was
☐ faxed ☐ hand delivered and/or ☐ mailed this ____ day of December, 2006 to:

RESPONSE TO NOTICE OF DISMISSAL
*Horace Mann v. Hildebrandt*
Case No. 3:06-cv-162

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

Ms. Sidney K. Billingslea
134 West 15th Avenue
Anchorage, Alaska 99501

Gregory and Colleen Hildebrandt
4441 Panther Drive
Eagle River, AK 99577

_____

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

RESPONSE TO NOTICE OF DISMISSAL
*Horace Mann v. Hildebrandt*
Case No. 3:06-cv-162