Barry J. Kell
CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112

(907) 258-8864
(907) 258-8865 (fax)
E-Mail: barry@chklaw.net

Attorneys for Horace Mann Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HORACE MANN INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COLLEEN HILDEBRANDT and GREGORY HILDEBRANDT,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-162 |

## NOTICE OF DISMISSAL PRIOR TO ANSWER

COMES NOW plaintiff ALLSTATE INSURANCE COMPANY, through counsel Call, Hanson & Kell, and pursuant to Federal R. Civ. Proc. 41 (a)(1), hereby provides notice that the present case is dismissed with prejudice, with all parties to bear their own attorney's fees and costs. Neither

defendant has served an Answer to Allstate's Complaint, nor has any party served a motion for summary judgment.

<div style="margin-left: 50%">
CALL, HANSON & KELL, P.C.
Attorneys for Plaintiff Horace Mann
Insurance Company
</div>

Dated: December 18, 2006

s/Barry J. Kell
250 H Street
Anchorage, AK  99501
Phone:  (907) 258-8864
Fax: (907) 258-8865
E-mail: barry@chklaw.net
ABA No. 8611120

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was X faxed ☐ hand delivered and/or X mailed this _19_ day of December, 2006 to:

Ms. Sidney K. Billingslea
134 West 15th Avenue
Anchorage, Alaska 99501

Gregory and Colleen Hildebrandt
4441 Panther Drive
Eagle River, AK  99577

s/Barry J. Kell

NOTICE OF DISMISSAL PRIOR TO ANSWER
*Horace Mann v. Hildebrandt*
Case No. 3:06-cv-162

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865